**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

2011CHF BZ

| | | |
|---|---|---|
| LILIAN ALLEN | ) | WITH JURY DEMAND |
| | ) | |
| Plaintiff | ) | |
| | ) | Case NO. 10-CV-8270 |
| | ) | |
| CHASE HOME FINANCE LLC, | ) | Judge Kendall |
| JPMC SPECIALTY MORTGAGE LLC, | ) | |
| JPMORGAN CHASE BANK, N.A. | ) | |
| SAFEGUARD PROPERTIES, LLC. KLEIN | ) | |
| ROBERT, P&P ALL STAR CONSTRUCTION | ) | |
| Defendants | ) | |

**FILED**
MAY 27 2011
MAY 27 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NOTICE OF FILING**

TO

LeAnn Pedersen Pope
Chase Home Finance LLC.
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue
22nd Floor
Chicago IL 60611-3607

Peter J. Strauss
Cunningham, Meyer & Vedrine, P.C.
One East Wacker Drive,
Suite 2200
Chicago IL 60601

PLEASE TAKE NOTICE that on May 27th, 2011 Plaintiff will file with the clerk of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois the attached Amended Complaint, a true and correct copy is hereby served upon you.

//Alex Ogoke

_____
Alex Ogoke

**PROOF OF SERVICE**

I, Alex Ogoke, attorney for the Plaintiff, on oath, do hereby certify that a copy of the attached above named document was served to the above listed counsel at the above listed address by placing a copy of the same into the U.S. mail, proper postage prepaid, at 7436 S, Exchange Chicago Il 60649 on or before 5:00 p.m., on 27th of May, 2011.

//Alex Ogoke

_____
Alex Ogoke

1

IN THE UNITED STATES DISTRICT COURT     2011CHF BZ
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LILIAN ALLEN | ) | WITH JURY DEMAND |
| | ) | |
| Plaintiff | ) | |
| | ) | Case NO. 10-CV-8270 |
| | ) | |
| CHASE HOME FINANCE LLC, | ) | Judge Kendall |
| JPMC SPECIALTY MORTGAGE LLC, | ) | |
| JPMORGAN CHASE BANK, N.A. | ) | |
| SAFEGUARD PROPERTIES, LLC. KLEIN | ) | |
| ROBERT, P&P All Star Construction | ) | |
| Defendants | ) | |

FILED
MAY 2 7 2011
MAY 27 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PLAINTIFF'S AMENDED COMPLAINT**

Now Comes the Plaintiff, Lilian Allen through her attorney Alex Ogoke, who respectfully files this amended complaint pursuant to the order of June 26th 2011.
In support of this amended complaint, plaintiff states as follows:

1. On December 30th 2010, Plaintiff Lilian Allen as pro se filed a complaint in Federal Court against defendants Chase Home Finance LLC et. al.

2. On February 14th 2011 Attorney Alex Ogoke filed appearance to represent plaintiff Lilian Allen.

3. On 03/17/11, based on plaintiff oral motion, the court dismissed defendants: Lakshminarayanan Ramesh, O'hara Laura, Codilis & Associates and Patrick Sheehy. Docket # 49.

4. Plaintiff never requested Defendants Robert Klein, P&P All-Star construction formerly named P&B to be dismissed from the case.

5. The court never issued any order to dismiss defendant Robert Klein, P&P all-Star construction.

6. As directed by the court, Plaintiff hereby amends her complaint adding Back Defendant Robert Klein and P&P All Star Construction as defendants to this law suit.

7. Plaintiff hereby incorporate all the content of plaintiff amended complaint filed on April 1st 2011 Docket # 50 as part of this amended complaint.

2

8. Therefore the content of plaintiff amended complaint filed on 04/01/11 docket #50 is hereby in whole incorporated as part of this filing as if herein stated.

9. Defendants Robert Klien and P&P All-Star Construction is hereby re-instated as a party defendant to this law suit.

**WHEREFORE**, Plaintiff through her attorney, demands judgment against each and every Defendant, for compensatory and other just and proper relief.respectfully request this Honorable Court to grant Plaintiff request to correct the docket statement and all other relief which is just and proper in the premises.

Respectfully Submitted,

By     // Alex Ogoke

_Alex Ogoke._

Alex Ogoke for Lilian Allen

100 W Monroe Street

Suite 711,

Chicago IL 60603

IN THE UNITED STATES DISTRICT COURT          2011CHF Bz
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| LILIAN ALLEN | ) WITH JURY DEMAND |
|  | ) |
| Plaintiff | ) |
|  | ) Case NO. 10-CV-8270 |
|  | ) |
| CHASE HOME FINANCE LLC, | ) Judge Kendall |
| JPMC SPECIALTY MORTGAGE LLC, | ) |
| JPMORGAN CHASE BANK, N.A. | ) |
| SAFEGUARD PROPERTIES, LLC. KLEIN | ) |
| ROBERT, P&P ALL STAR CONSTRUCTION | ) |
| Defendants | ) |

FILED

MAY 27 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

VERIFICATION

Lilian Allen, states that under penalties as provided by law pursuant to the code of civil procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes same to be true.
Or other:

_____
Lilian Allen
May 27th 2011

4

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

2011CHF BZ

| | | |
|---|---|---|
| LILIAN ALLEN | ) | WITH JURY DEMAND |
| | ) | |
| Plaintiff | ) | |
| | ) | Case N0. 10-CV-8270 |
| | ) | |
| CHASE HOME FINANCE LLC, | ) | Judge Kendall |
| JPMC SPECIALTY MORTGAGE LLC, | ) | |
| JPMORGAN CHASE BANK, N.A. | ) | |
| SAFEGUARD PROPERTIES, LLC. KLEIN ROBERT | ) | |
| P&P All Star Construction | ) | |
| Defendants | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 27th 2011, I caused a copy of the following to be served via U.S first class mail with certificate of mailing upon:

LeAnn Pedersen Pope
Chase Home Finance LLC.
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue
22nd Floor
Chicago IL 60611-3607

Peter J. Strauss
Cunningham, Meyer & Vedrine, P.C.
One East Wacker Drive,
Suite 2200
Chicago IL 60601

// Alex Ogoke
_____
ALEX OGOKE ATTORNEY FOR PLAINTIFF