# F I L E D

**IN THE UNITED STATES DISTRICT COURT**    2011CHF A
**FOR NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

AUG 2 9 2011  AEE

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LILIAN ALLEN                                    )
                                                )
        Plaintiff                               )
                                                )       Case NO. 10-CV-8270
                                                )
CHASE HOME FINANCE LLC,                         )       Judge Kendall
JPMC SPECIALTY MORTGAGE LLC,                    )
JPMORGAN CHASE BANK, N.A.                        )
SAFEGUARD PROPERTIES, LLC. KLEIN                )
ROBERT, CODILIS & ASSOCIATES, P.C,              )
P&P SPECIALIST                                  )
        Defendants                              )


**PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE PLAINTIFF SECOND AMENDED COMPLAINT INTANTER .**


Now Comes the Plaintiff, Lilian Allen through her attorney Alex Ogoke, who respectfully moves this honorable court to grant plaintiff motion for leave of court to file plaintiff second amended complaint instanter
In support of this motion and would show the court as follows:

1. On December 30th 2010, Plaintiff Lilian Allen as pro se filed a complaint in Federal Court against defendants Chase Home Finance LLC et. al. and the following relief is hereby requested;

2. Plaintiff was not an attorney and was insolvent as a result of Defendant's action. Plaintiff has filed this complaint as pro se in order to preserve her rights within the statue of limitations period.

3. On February 14th 2011 Attorney Alex Ogoke filed appearance to represent plaintiff Lilian Allen.

4. On May 17th, 2011 chase defendants filed a motion to dismiss plaintiff amended complaint.

5. On 07/27/11 Defendants Robert Klein, P&B all Star and Safeguard filed a motion to dismiss.

6. Due to the nature of the case, plaintiff will need additional time to respond to both defendants motion to dismiss.

2

7. Due to plaintiff unavailability attorney could not reach plaintiff to finalize on Plaintiff response / plaintiff proposed amended complaint.

8. On August 18th 2011, this Court entered an order denying plaintiff motion for extension of time and set the due date for responses to any pending motions for August 25th 2011.

9. Plaintiff attorney did not get the order and was not in court due to some unforeseen circumstances.

10. Due to the complexity of this case, having amended the issues presented by both parties, plaintiff hereby request this court for leave to file plaintiff second amended complaint instanter

11. Plaintiff hereby request this Court to grant plaintiff request for leave of court to file plaintiff second amended complaint attached herein instanter.

12. Plaintiff has enclosed with this motion an appropriate accompanying order for Court's consideration and signature.

**WHEREFORE**, Plaintiff through her attorney, respectfully request this Honorable Court to grant Plaintiff request for leave of court to file plaintiff second amended complaint attached herein instanter and all other relief which is just and proper in the premises.

Respectfully Submitted,

By

Alex Ogoke

Attorney for Lilian Allen

100 W Monroe Street

Suite 711,

Chicago IL 60603

3

RECEIVED

AUG 2 9 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT          2011CHF A
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


LILIAN ALLEN                                      )
                                                  )
                                                  )
Plaintiff                                         )
                                                  )          Case NO. 10-CV-8270
                                                  )
CHASE HOME FINANCE LLC,                           )          Judge Kendall
JPMC SPECIALTY MORTGAGE LLC,                      )
JPMORGAN CHASE BANK, N.A.                          )
SAFEGUARD PROPERTIES, LLC. KLEIN                  )
ROBERT, CODILIS & ASSOCIATES, P.C,               )
P&P SPECIALIST                                    )
          Defendants                              )


# ORDER


THIS CAUSE COMING in to be heard on PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE PLAINTIFF
SECOND AMENDED COMPLAINT INSTANTER(ATTAHCED HEREIN),
The Court Having considered the Motion,
It is ORDERED: The Plaintiff's Motion is Hereby Granted   or Denied
Or other:


-------------------------------------------------------
                              ENTERED


_____


_____
                              DATE


4

2011ABCZ1

**IN THE  UNITED STATES DISTRICT COURT**
**FOR NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED

AUG 29 2011
AUG 29 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| LILIAN ALLEN | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Case N0. 10-CV-8270 |
| | ) | |
| CHASE HOME FINANCE LLC, | ) | Judge Kendall |
| JPMC SPECIALTY MORTGAGE LLC, | ) | |
| JPMORGAN CHASE BANK, N.A. | ) | |
| SAFEGUARD PROPERTIES, LLC | ) | |
| P&B ALL-STAR CONSTRUCTION AND | ) | |
| ROBERT KLIEN | ) | |
| Defendants | ) | |

## PLAINTIFF'S SECOND AMENDED COMPLAINT WITH EXHIBITS INCLUDING DEFENDANTS ROBERT KLEIN AND  P&B (P&P) ALL STAR CONSTRUCTION

Now Comes the Plaintiff **Lilian Allen** through her attorney Alex Ogoke in the above entitled action (herein after known as plaintiff), complains of defendants, Chase Home Finance, LLC,(hereinafter  "CHF"), JPMC Specialty Mortgage LLC,(hereinafter "JPMC"), JP Morgan Chase Bank, NA,(hereinafter  "Chase Bank NA"), Safeguard Properties, LLC.(hereinafter "Safeguard"), Robert Klein and P&B All-star Construction pleading hypothetically and in the alternative states as follows:.

### INTRODUCTION AND STATEMENT OF THE CASE

1.   This action is before this Court to remedy the defendants' unlawful treatment of plaintiff (illegal break-ins). Plaintiff seeks injunctive, declaratory, monetary and other appropriate legal and equitable relief. Plaintiff Lilian Allen, through her attorney Alex Ogoke, brings her complaint to redress wrongs against her by the above named defendants, involving violations of : The fair debt collections

1

Practices Act, illegal break-ins, The truth in lending Act as amended by the home ownership and Equity Protection Act of 1994,(a) 15 U.S.C. Section 1602 and 1639, implementing Federal Reserve Board Regulation @ 12 C.F.R Part 226, and its progenies as set forth below;

More importantly, plaintiff will seek to amend this complaint for a third time after discovery of applicable documented facts as they pertain to the nature of each defendants conduct giving rise to these causes of action, and may add additional plaintiff and defendant to this law suit.

More also, this complaint is for compensating and punitive damages and an injunction to restrict certain activities of the defendants and prevent further wrongs and irreparable damages that are stated herein.

Plaintiff incorporate all the content of plaintiff amended complaint filed on April 1st 2011 and on July 15th 2011as part of this amended complaint and is in whole incorporated herein.

## II

## JURISDICTION AND VENUE

2.  Plaintiff Lilian Allen is an Illinois resident who resides in the city of Chicago. At all times pertinent to this complaint Plaintiff resided in the Northern District of Illinois.

This is an action for damages, declaratory and injunctive relief pursuant to the Civil Rights Act of 1964, 42 U.S.C. Sections 1981, 1983, 1985, 1986, 1988, 18 U.S.C. Sections 241 and 242. Jurisdiction is specifically conferred on the court pursuant to 28

U.S.C. Section 1331, as well as supplemental jurisdiction pursuant to 28 U.S.C. 1367(a) and Articles 1,2,5,12,13,19 and 24 of the Illinois constitution. The property which is the subject of this lawsuit is a residential and rented property located at 1407 E. 71st place

unit 2 Chicago 60619 .Plaintiff lost properties consortium, and was maliciously

distressed and unduly influenced by the conducts of all the defendants- CHF,

Safeguard, Robert Klein and All-Star Construction in violation of laws stated herein.

Plaintiff is a "consumer" as defined by 15 U.S.C. (section) 1692 a (3). Plaintiff

incurred a "debt" as defined by 15 U.S.C. (section) 1692 a (5). Plaintiff filed her

claim within the time frame permitted under the FDCPA. . On information and

belief, the amount in controversy is in excess of $500.000.00

II
## PARTIES

3.  Plaintiff is a Black female from African origin who resides in the City of Chicago;

State of Illinois. The property the subject of this law suit is a residential and rented

condominium located at 1407 E 71st Place Unit 2 Chicago IL. 60619. Plaintiff has

personal knowledge of various other individuals in his community who have been

similarly damaged by the defendants'

4. Chase Home finance LLC is a bank that regularly conducts business in Chicago, state

of Illinois; .Defendant is a "debt collector" as defined by FDCPA, 15 U.S.C. (section)

1692 a (6). At the time of the communications referenced herein, defendant neither

owned the debt nor was retained by the owner to collect the debt. Plaintiff charges Chase

Home Finance LLC with engaging in predatory lending and other illegal practices

5 (a) JPMC Specialty Mortgage LLC. Is a mortgage company with its office in the city of

Chicago; state of Illinois and is a partnership that service loans and regularly conduct

business in Chicago. Plaintiff charges JPMC Specialty Mortgage LLC. With engaging in

3

Predatory lending and other illegal practices (break-ins).

5 (b) Safeguard properties, LLC is a corporation that regularly conducts business in Chicago, Illinois. Safeguard properties, LLC. Contract with various vendors to execute its job task and was contracted to JPMC or one of the chase defendants to carry out the illegal action which is the cause of this law suite. Plaintiff charges

Safeguard properties, Inc. with engaging in predatory and other illegal practices such as illegal break-ins.

5(c)  5. P & B All-Star Construction, Inc. that conducts business in the city of Chicago and the state Of Illinois. Defendant P&B was hired by Safeguard to complete the illegal act of evicting plaintiff, Defendant P&B was without license to conduct business in Illinois at the time of this alleged action. Plaintiff Charges P&B with engaging or assisting in predatory and other illegal practices' P & B has no legal right to conduct business in Illinois at the time of the incident, P & B was not in Good Standing and did not file annual report of the corporation which constitute fraud and evasion of taxes

5(d) Robert Klein is a citizen of Ohio and director /manager of safeguard properties, Mr. Robert Klein conspired with other defendants to harm plaintiff and illegally take her property out of her. Robert Klein instructed P&B to carry out the illegal act of locking plaintiff tenant out of his unit, trespassed into plaintiff property and damaged plaintiff property. Plaintiff charges defendant Robert Klein for trespass, conspiracy trespass to chattels damage to her property, all these caused her emotional stress.

## III

### HISTORY OF THE CASE AND FACTS COMMON TO ALL COUNTS

6.   On August 26th, 2005, Plaintiff signed a mortgage agreement with Argent Mortgage Company LLC to buy the property commonly known as 1407 E 71st

Place Unit 2 Chicago IL.60619. The said property is a residential and rental unit (condominium). Upon the execution of the said contract, plaintiff became the rightful owner of the property known as 1407 e 71st Place unit 2 Chicago IL. 60619.

7. Plaintiff has right to possession of the property commonly known as 1407 E 71st place Unit 2 Chicago IL. 60619 at all relevant times and right to quiet enjoyment of possession of said property by law of the State of Illinois.

8. However, Plaintiff have not violated the terms of her contract with the lender at the time of this occurrence when all the defendants with particular reference to P&B all-Star construction and Robert Klein invaded plaintiff's property, illegally break in and that the property was not foreclosed and that defendants have no Court order of possession .

9. Defendants CHF never for once sent out any letter of notice to either the plaintiff or Tenant of their intent to foreclose on the property, to board it up, to change the locks and to evict plaintiff or whoever lives there. Again the said property was never and has not been foreclosed.

10. Defendants Safeguard, Robert Klein and P&B all-star construction knew that plaintiff unit is occupied by a tenant at the time of their illegal eviction but in a consensus of their conspiracy, P&B was ordered by CHF, Safeguard and Robert Klein to board, and evict any person found in the property.

11. Defendant Robert Klein and P&P was aware that their intended act was evil, P&B knew that it was illegal to evict someone illegally, knowing fully that they have no license to do business in Illinois , disregard the law and illegally evict plaintiff.

IV

**FACTUAL ALLEGATIONS**

12.     On or before Feb.22nd 2010, all Defendants' set in operation the following illegal

activities;

15.     According to defendant Safeguard and P&B Statement to plaintiff on Feb.23rd 2010

over the phone when asked who authorized them to break-in, evict plaintiff or any legal resident

of the unit, destroy plaintiff property, Safeguard and P&B responded that Defendants CHF sent a

work order to defendant Safeguard for a contract for an inspection to change locks, winterize,

removal of all persons and properties on plaintiff property at which time plaintiff was still in full

possession of her property. Defendants' answer was" we have got a work order authorization"

16.     Defendant Safeguard and P&B sent out an inspection sheet authorized by Robert

Klein back to defendants CHF for only external inspection since they could not get access into

the unit because plaintiff is still in possession and that it is being occupied. Then Defendant CHF

entered into a contract with Defendant Safeguard/ P&B and  issued a work authorization (proofs

in the exhibits) **to illegally break-in, change the locks, board the house, winterize it and evict**

**any person found therein,** knowing fully that Plaintiff still have full possession and that a

tenant  and his family still occupies the property .

17(a).  The work order authorizes Defendant Safeguard, Robert Klein and P&B to illegally

break-in, enter plaintiff's property and evict plaintiff by boarding up the property, changing the

locks, damaging all plaintiffs' personal property, removing all plaintiff's personal effects without

lawful authority to do so.

17(b). On Feb 22nd 2010 at around 6:50 A.M., while Plaintiff's Tenant was gone to work, a white van with 4 white men with Polish ascent came out of it and another car with a light skin lady and a sheriff like dressed male, all exited their vehicle and walked the rail upstairs to unit 2 and started forcing the door open, break in and removing plaintiff's property and destroyed plaintiff property, which eventually damaged Unit 1 of the same building.

18. On Feb. 22nd 2010, Defendant CHF and their contracted agent Safeguard through their sub-contractor P&B, Robert Klein , forcibly entered plaintiff's property at 1407 E 71st Place Unit 2 Chicago IL 60619,without plaintiff's consent and changed the locks, winterized the whole unit, spill water on the floor causing hardwood floor damage, damage to the boiler and dishwasher, damage to the washer and dryer when the forced it out of its station, damage to the electrical, the spill on the floor damaged the hard wood floors and destroyed the ceiling/ walls of unit 1 below, and removed personal effects of the resident of that unit.

19. Plaintiff's tenant on return to his unit on the evening of Feb. 22nd 2010 discovered a break –in and that his door locks had been changed. **More importantly, as of Feb.22[nd] 2010, all the defendants, does not have a right to Possession regarding plaintiff property and did not ever obtained any right to possession before or even after the incident**, even till today Defendants CHF does not possess the right to plaintiff's property.

20. According to law,

> "any person who aids, abets, assists, or directs the commission of a trespass by another is liable for trespass."

Dietz v. Ill.. Bell Tel.Co.,154 Ill. App.3d 554, 107 Ill. Dec. 360, 507 N.E.2d 24,26 (Ill. App. Ct.1987)

Under Illinois law, "trespass is an intentional invasion, of the exclusive possession and physical condition of land." Freese v. Buoy, 217 Ill. APP. 3d 234, 160 Ill. Dec 222, 576 N.E. 2d 1176,1182 (Ill. App ct.1991). P&B and all defendants aid each other in the commission of the trespass and are liable for the damages.

21. However, on Feb.22nd 2010, Defendants CHF and their co-conspirators Safeguard, Robert Klein and P&B all-star construction jointly through their agent safeguard break into plaintiff's rental property at 1407 e 71st place Unit 2 Chicago IL. 60619 without plaintiff's consent. They change the locks, damage plaintiff's property and removed plaintiff's personal properties without lawful authority to do so.

22. Plaintiff Tenant quickly notified plaintiff of what has happened to his unit, shortly Plaintiff arrived at the unit and saw things her self, that CHF and all the defendants illegally break into her property, destroyed the locks and changed the locks to prevent plaintiff from gaining access into her own property.

23. On the door was a note, whom to call, also sign in red seal manifesting that P&B did the illegal eviction. Immediately on Feb.22nd 2010 at about 9pm, plaintiff called CHF but no one was in the office. Before then Plaintiff Tenant has already called the police and made a report.

24. On Feb.23rd 2010, plaintiff called CHF, Safeguard/P&B and their customer service agent advised plaintiff to call the home prevention department. But before plaintiff could have made the call, Plaintiff tenant called and informed plaintiff that He got in touch with CHF and safeguard and the promised to issue him the key lock combination that he will keep plaintiff informed.

8

25. Plaintiff property was never foreclosed, nor have any of the defendants any court order to legally conduct such operation.

26. But with their evil intent to evict plaintiff illegally with the help of officer of the state, cook county sheriff officer accompanied them. Plaintiff property was never abandoned nor in distress at any time.

27. There was no court eviction order ever entered by any Judge to authorize such illegal eviction.

28. Plaintiff has no knowledge of any existing foreclosure law suit since plaintiff was never served.

29. Such intentional misconduct on the part of Chase Home Finance LLC., JPMC Specialty Mortgage LLC., JPMorgan Chase Bank N.A , Robert Klein, P&B all-star construction and Safeguard Properties, LLC., to create a false and deceptive impression that their entry to and eviction of Plaintiff's and damage to plaintiff's property at 1407 E 71st Place Unit 2 Chicago IL. 60619 were lawful.

30. The defendants were wrong and designed to create contempt in the mind of plaintiff during the course of any future foreclosure proceedings.

31. Defendants CHF and Safeguard and their co-conspirators known and unknown to Plaintiff jointly were not lawfully in possession of plaintiff's property for management purposes and acted without authority or reason to destroy plaintiff property and evict plaintiff's Tenant against **the fabric of Illinois Tentative residential Laws and Racketeering Statutes.**

9

32.    Defendants' (CHF and Safeguard Properties, LLC.) after break-in, changing the locks on plaintiff's property  left a notice on the door to call incase of emergency whom to contact after locking plaintiff's tenant out and removing personal properties and dame plaintiff house hold equipment's and properties..

33.    Plaintiff being a poor black immigrant woman from Africa was racially discriminated because of plaintiff's vulnerability. The Defendants', CHF and Safeguard Properties LLC., took advantage of her color and race to intimidate and forcefully entered plaintiff's rental property and illegally evict plaintiff tenant and destroyed plaintiff property. If plaintiff was a white American, such humiliation and abuse of the law could not have happened.

34.    All Defendants' actions were all motivated by greed and sense of racism.

35.    Plaintiff had a right to possession of the property known as 1407 E 71st place Unit 2 Chicago IL 60619 at all time.

36.    . Yet on Feb 22nd 2010, CHF or in the alternative its agents (or others otherwise acting on its behalf), forcefully entered Plaintiff's rental property and changed the locks.

37.    CHF communicated with one or more of the defendants and requested that plaintiff's personal property (or content within said premises) be removed from the premises and locks changed.

38.    Defendants' conspired with each other to oppress, threaten, intimidate and deprive plaintiff of property without due process of the law.

39.    By so doing, Defendants' has deprived plaintiff of the equal protection of the law.

40.    More importantly, Plaintiff urges the federal Court to review the state Court proceedings relating to the purported foreclosure preceding which according to record has never been served on plaintiff or Tenant before or after defendants illegally taking possession of plaintiff property and illegally evicting plaintiff's tenant from his home and destroying and removing his personal belongings.

41. Plaintiff's reaction on see the outrageous action of all defendants was confused and nearly fainted, and is being faced with the burden of finding accommodation for her tenant. Plaintiff Tenant has to seek refuge in an emergency rental property for some days; at that point, Plaintiff was solely responsible for payment of her tenant accommodation expenses.

42. On Feb. 23rd 2010, just around 10 am, Plaintiff and plaintiff tenant got in touch with Defendants CHF representative Mr. Erick Storts at 614-776-8685, whom after hearing from Plaintiff's tenant about his situation. Knowing fully that they have committed a serious error, having understood that Plaintiff's tenant is the legal resident of the unit, knowing fully that plaintiff's tenant has been displaced advised plaintiff's tenant to expect his call back within an hour.

43. At around 10:45 am on Feb. 23rd 2010, Defendants CHF representative Mr. Eric Storts called back and offered Plaintiff's tenant the lock combination to use to unlock plaintiff's resident locked by defendants'

44. Just before receiving the combination number, Mr. Eric Storts CHF representative has instructed Plaintiff and her tenant to call Safeguard.

45. Plaintiff's tenant did call Safeguard but again Safeguard Customer service agent told plaintiff's tenant that it is only Defendants CHF who can unlock the door. That, they have got a work authorization to do that. Safeguard property representative was very rude, abusive and obnoxious on the phone.

46. At about 10:50 am on Feb.23rd 2010, on opening the lock with the combination number, what plaintiff and plaintiff tenant 's saw was a total disbelief , everything destroyed and most of his personal belongings missing and no where to be found. Plaintiff's tenant went through the rooms and found out that Defendants' damaged plaintiff property badly and took almost all his valuable property and personal belongings away, total worth of

missing items and damaged items in the unit including resultant damage to unit 1 is approximately in thousands of dollars.

47. Realizing the magnitude of damages to her property, Plaintiff was totally confused seeing what has happened, plaintiff called defendant CHF and Safeguard, and the promised to return all plaintiff's missing items including those of his tenant and promised to repair all damage caused to the property.

48. Defendant CHF representative and Safeguard promised plaintiff and her tenant that they will be sending plaintiff an affidavit to sign for the damages done to her unit for onward compensation.

49. Also, Defendant CHF representative advised plaintiff not to worry that they will be dealing with plaintiff tenant directly to resolve the issue of all his missing items.\

50. Immediately, Plaintiff and her tenant made calls to CHF and Safeguard and their representative Mr. Eric Storts ordered Plaintiff to call the police and to call Safeguard for total return of all Items back to him

51. At about Noon on Feb.23rd 2010, Plaintiff called the Police once and plaintiff tenant called 3 times since it was not an emergency, they didn't show up immediately but later and requested a finger print detective section to visit the next day for continuation of the investigation.

52. At about 12.45 on Feb.23rd 2010, Plaintiff tenant called Safeguard Properties, LLC., who in turn advised plaintiff tenant that they will make sure he gets his properties back witting few days and that their legal department will be contacting Plaintiff for onward compensation on the damage to her property and that they will be contacting plaintiff tenant for return of all his personal belongings, but no one ever called.

53. Safeguard communicated with one or more of the defendants and requested that Plaintiff's property (or contents within the said premises) be removed and locks changed.

54. Defendants CHF engaged in an action against plaintiff and his property that violated Illinois law and Federal Laws and also violated the Civil Rights 42 U.S.C. @ 1983 and 1985 and the constitutional due process rights.

55. On Feb.23rd 2010 Plaintiff called the police to file a report but the police officer said it is a civil action and would not like to get involved because the Bank agents said it was foreclosed which was lie and false, but finally On the 26th of Feb.2010 having proven to the police documents of ownership of property and clearance that the property is not foreclosed, the Police entered and issued a police report to plaintiff tenant with Police report # HS181798.

56. Between Feb.24th 2010 and Feb.26th 2010, Plaintiff called Defendants' for returns of all his Tenant's personal belongings removed during the illegal eviction, invasion trespass of her unit and for compensation of all damages to her unit by defendants. Plaintiff never received any call back from any of the defendants. And none of plaintiff tenant's personal property and belongings was ever returned to him nor was any of the damaged paid for by defendants.

57. On Feb.26th 2010 after the police report, Plaintiff along with plaintiff tenant wrote to all defendants by certified mail and request fro safe returns of all plaintiffs' tenant personal belongings removed by Defendants CHF and Safeguard properties, LLC. And repair and replacement of all damaged items in her unit during their illegal invasion.

58. Up till today no response was ever received from any of the defendants. Unfortunately as plaintiff was going through this confusion set up by all defendants, Plaintiff was sick and depressed of how she will repay for all the damages done to her tenant and for repair of the damages caused by the water leak to unit 1 ceiling and walls and the damage in her own unit which was as a direct result of defendants action.

13

59. On March 9th 2010 and March 10th 2010 respectively, Plaintiff authorized his tenant to write to all Defendants CHF and Safeguard Properties Inc. requesting for the address of their agents in Chicago for service of legal documents in case Plaintiff wishes to sue and requested them for production of any court order which gave them the authority to invade her property and illegally evict her tenant and destroyed her property.

60. Likewise on March 10th 2010, Plaintiff's tenant with plaintiff's authorization made an official complaint to Illinois Attorney General's office for consumer Fraud department for mediation but no response ever was received by either Defendants CHF or Safeguard Properties Inc.

61. On April 1st 2010, Illinois Attorney General's Office replied to plaintiff tenant's compliant that a possible option will be taking a legal action against all Defendants' in the court of law.

62. Defendants', with full knowledge and being fully aware that plaintiff is the legal owner and that there is no order of possession issued to them by any Court, and with the approval for each other act and omissions, avoided their obligation to petition the court for an order of possession at any time, to taint their false depiction of an honorary talking of , and division for plaintiff's personal and residential property. Their acts are full of evil intent and should be punished by the law.


## COUNT I
### FRAUD
### CHF, ROBERT KLEIN, P&B ALL STAR AND SAFEGUARD


63. Plaintiff restates and re-alleges paragraph 1-62 as paragraph 63 the same as if fully set fort herein.

64. All the defendants knew that they have no right to unlawfully evict plaintiff or her tenant.

14

65. Fraud upon the Court is a serious issue, Under Illinois Laws and Federal Laws, when an officer of the Court (or an individual) has committed "Fraud upon the Court" the orders and Judgments of that Court are Void of no legal force or effect. It is clear and well established law that any attempt by an officer of the court, whether attorney or Judge to deceive is considered fraud and when the attempt to deceive occurs in a judicial proceeding it is Fraud upon the Court". The Illinois Supreme Court has held "Fraud encompasses a broad range of human behavior, Including but not limited to whether it be direct falsehood or innuendo, by speech or by silence, by words of mouth or by look or gesture" Regenold v. Baby Fold, Inc 68 Ill.2d.419, 435 (1977)., citing People ex rel. Chicago Bar Association v. Gilmore, 345 Ill.28,46, (1944) The Court has previously disciplined Cit employers even though their fraudulent misconduct did not harm any particular individual [99 Ill.2d.252] . In re Lamberis, 93 Ill.2d.222,229.(1982)

66. Defendants' in their concerted actions engaged in deceitful conduct and communications with plaintiff to defraud plaintiff and take possession of his home and personal properties.

67. Plaintiff relied on various misrepresentations by defendants'

68. It is well-settled in Illinois law that an attempt to commit "Fraud upon the Court Vitiates the entire proceeding. See People of State of Illinois v. Fred E. Sterling, 357 Ill.354,192 N.E 2d. 229, (1934).

69. Defendants' representative made a deceitful statement to plaintiff on Feb.23rd 2010, that "they have got a work authorization to do and that plaintiff and any other person found on plaintiff property will be evicted and all personal belongings removed.

70. Defendants agent promised plaintiff and her tenant during their invasion and illegal eviction, that they will be returning back to him within a few days", knowing fully that the removed items will never be retuned back to plaintiff and that they will compensate

plaintiff for damages done to her unit and other units in the building as a result of their action In this instance, defendants' knew and believed that the statement were false.

71. Defendants'(Safeguard, Robert Klein and P&B all-star construction falsely promised plaintiff that they got a work order and will get back to her for the return of plaintiff's tenant property, and repair compensation of damages done to her property .Defendants' in a deceitful manner never answered the phone call nor reply all plaintiff's letters via USPS mail.

72. Defendants knew and should have known that fraudulently invading plaintiff home without any court order is a serious violation and offense.

73. All defendants fraudulently and illegally evicted plaintiff and her tenant. There is no evidence on file attesting that the defendants have any court order to lock up plaintiff and her tenant outside, trespass, remove personal belongings and damage plaintiff property. 0n 07/26/10 was parked on a prohibited spot.

74. All the defendants knew and believed that the boarding up, change of lucks on plaintiff door will intimidate plaintiff to abandon her property and flee. Because the defendants base their reliance on the false statement (false work order) issued by CHF and eventually evict plaintiff from her home.

75. As a result of the false work order which was intended to induce action by defendants on Plaintiff to vacate her home, plaintiff was wrongfully evicted and locked out of her home for days alongside with her tenant.

76. A detailed investigation supported by pictures shows that Plaintiff was not in default, that defendant CHF has failed to validate plaintiff loan within 30 days as allowed by law. Based on proof of evidence presented by plaintiff it is clear that all defendants in this case have committed an open day light fraud to ripe plaintiffs of her home, without any

justification and due process of the law.

77. Defendants' action of false statements including but not limited to statements reported to plaintiff by Safeguard Properties inc. representative, who told Plaintiff that they were authorized to evict plaintiff and remove all personal property. But just contrary to CHF representative statements that Safeguard and P&B all-star construction was not authorized to remove any personal property out but to change the locks, board the property, winterize it.

78. There exist herein conflicting false statements by both defendants CHF and Safeguard.

79. Defendant safeguard and P&B representative during communication via the phone with plaintiff on Feb.23rd 2010 by 2:30 pm, promised to return all plaintiff tenant's private property that might have been removed during the illegal eviction within a week and to compensate plaintiff for all damages done to her unit and other unit of the condominium.

80. Again on Feb25th 2010 and Feb.26th 2010 another Safeguard Property Manager Mr. Robert Klein and P&B denied responsibility but attributed it to Defendants CHF during a call made by plaintiff tenant.

81. Defendant CHF and safeguard alongside with P&B invaded plaintiff home, committed fraud and evicted plaintiff.

82. By reason of the conduct described above, defendants, CHF, Safeguard and P&B a public corporation, Agents Safeguard, P&B and Robert Klein Contractual agents of the CHF has engaged in the following misconduct and plaintiff was injured and suffered emotional stress and loss.

83. Plaintiff as a result of the defendants action, Plaintiff lost the right to use the her own property for some days and as such was a direct denial of plaintiff right to her property at

all time.

84. Plaintiff has suffered a great deal of stress and loss of income which was a direct consequence of city actions by illegally evicting her and damaging her property.

85. For plaintiff Allen, the contract between her and her tenant was breached and she is left to refund to her tenant of their contractual agreement which was breached as a direct result of the CHF and all other defendant's action.

86. Defendants failure to act with reasonable diligence and promptness in representing their interest, in violation of Rule 1.3 of the Illinois Rules of Professional Conduct;

87. conduct involving dishonesty, deceit, fraud, or misrepresentation, in violation of Rule 8.4(a)(4) of the Illinois Rules of Professional Conduct;

88. conduct that is prejudicial to the administration of justice, in violation

89. Defendant Safeguard and P&B representative promised plaintiff in that conversation that a member of their legal department will be contacting plaintiff or plaintiff tenant within 3 business days for settlement but that never happened.

90. On the following dates and time, Plaintiff communicated via and with plaintiff tenant with India Latorie Customer Service representative for Defendants Safeguard ; 02/23/10 9:57 am at 216-447-8211, She told Plaintiff and her tenant that plaintiff tenant's personal properties will be retuned to him back within days and that, they will contact their Sub-contractor.

91. On 02/24/10 and 02/26/10 by 12.24 pm and 11:46 am respectively, Plaintiff and her tenant called 216-739-2900 and spoke with Robin Rice defendant Safeguard Managers and Tendis C respectively who assured plaintiff that Safeguard, Robert Klein, P&B and Chase defendants are working together to make sure that all plaintiff's, plaintiff tenant's

18

personal properties are retuned to him within a week and that their legal department will be contacting plaintiff. But to Plaintiff's surprise no one contacted her or his tenant. All these rhetoric were to deceive plaintiff.

92. Again on 2/23/10, 2/24/10, 3/1/10, 3/5/10 and 3/13/10, during morning hours Plaintiff and plaintiff tenant communicated with Defendant CHF representatives Eric Storts on tel. #: 1-888-310-1506 and 614-776-8685 respectively during which Mr. Eric made conflicting and deceitful statement to plaintiff and her tenant which is direct opposite of Safeguards statements. Mr. Eric did promise plaintiff and her tenant of the return of all missing and stolen items ASAP, and compensation of all damaged items but that never happened.

93. Mr. Eric Storts did promised plaintiff and tenant during their conversations that their legal department will be contacting plaintiff to make sure all items removed are returned safely to Plaintiff. Likewise these are empty promises that never materialized.


94. Defendants' in their concerted actions engaged in deceitful conduct and communication with plaintiff and her tenant to defraud plaintiff and take possession of her home and personal property.

95. Plaintiff states that all the defendants have engaged in actual fraud by intentionally and falsely stating to plaintiff that they have proper work orders and authority to evict plaintiff, intentionally and falsely stating that they had the Courts authority to Lock plaintiff and her tenant out of their home and intentionally and falsely attempting to induce plaintiff to abandon the quest and pressure for the return of her tenant personal property seized and stolen by defendants on Feb. 22nd 2010.

96. The foregoing statements were material to the defendants' completing the actions complained of by plaintiff and each defendant benefited from the false statements, fraud and injury inflicted upon plaintiff.

97. All defendants' knew these statements were false and tried to conceal them, thereby causing plaintiff to rely to his detriment on their false statements. Plaintiff's reliance on the defendants false representations were reasonable considering they were purported to come from the court and with the presence of the cook county sheriff.

98. Defendants' used intimidation and deceit to cause plaintiff's property to be wrongfully taken by the defendants all participating, supporting, and assisting in the fraud perpetrated upon plaintiff.

99. Each Defendants named in plaintiff's complaint made false statements and acted in concert with one another and violated 735 ILCS 5/15-1103 on the following dates:

    a.  Feb. 22nd. 2010

    b.  Feb. 23rd 2010

    c.  Feb. 24th 2010

    d.  Feb.25th. 2010

    e.  Feb.26th 2010

100. That all of the foregoing actions complained of by plaintiff were conducted at Plaintiff's rental property located at the address commonly known as 1407 E 71st Place, unit 2, Chicago Il. 60619.

101. As a result of defendants' actions, plaintiff and her tenant were damaged.

WHEREFORE, , Plaintiff being damaged in her person and unduly influenced in the eviction , demand judgment against each and every defendant, for 75.000.00 for compensatory damages or any other amount as shall represent fair and just compensation including court cost, attorney fees and litigation expenses.

# COUNT I1

## TRESPASS

## CHF, P&B ALL STAR CONSTRUCTION AND SAFEGUARD

Plaintiff adopts and re-alleges by reference paragraphs 1 through 101, as paragraph 102, the same as if fully set forth herein.

102. Each Defendant is jointly and severally liable for the acts of its co-conspirators.

103. Plaintiff did not authorize or otherwise consent to Defendants forcibly entering his property, dispossessing her, destroying, or carrying away her tenant personal property.

104. The Defendants' actions against plaintiff of changing the locks, forcibly entering her property, and carrying away her tenant personal property, destroying plaintiff property were done with the intent to deprive and interfere with plaintiff's substantial right to possession and use of his property.

105. According to law,

"any person who aids, abets, assists, or directs the commission of a trespass by another is liable for trespass." Dietz v. Ill.. Bell Tel.Co.,154 Ill. App.3d 554, 107 Ill. Dec. 360, 507 N.E.2d 24,26 (Ill. App. Ct.1987)

106. Under Illinois law, "trespass is an intentional invasion, of the exclusive possession and physical condition of land." Freese v. Buoy, 217 Ill. APP. 3d 234, 160 Ill. Dec 222, 576 N.E. 2d 1176,1182 (Ill. App ct.1991). P&B and all defendants aid each other in the commission of the trespass and are liable for the damages.

21

107. **The actions of all the defendants constitute an intentional invasion of the exclusive possession and physical condition of plaintiff property. More also it is trespass to 1407 condominium association, who has carried much of the burden of repair of the damages done by defendants and may in the future file their own law suit, for none of the defendants secured a written or verbal authorization before entering the gated property.**

108. Defendants CHF, P&B, and Safeguard with direct and indirect approval among one another, should have known that their activities to deprive plaintiff of her personal and residential property was the direct and proximate cause of plaintiff's damages.

109. Defendants CHF, Robert Klein, P&B and Safeguard negligent and intentional conduct against plaintiff resulted in an intrusion on plaintiff's interest in exclusive possession and causing direct injury to plaintiff. As a result of defendants' action, plaintiff was sick and was depressed and caused plaintiff tenant to be homeless for some time with his whole family of six including 5 children ages 3-14 years of age. Plaintiff tenant was locked out and was wondering on the street during cold weather and eventually lost his Job for not being able to show up at work two days in a roll between Feb.23rd 2010 and Feb. 25th 2010, Because plaintiff was depressed and trying to find a solution to her tenants problem of loosing all her personal property to defendants action.. also as a result of their actions , the water damage in unit 2 drained downwards to unit 1 and damaged the ceiling , roof and electrical.

110. As a result of Defendants CHF, P&B and Safeguard Properties Inc. actions, Plaintiff was damaged.

WHEREFORE, Plaintiff being damaged in his person and unduly influenced in the loss of his home/property and personal effects, request relief as follows;

A. Actual Damages for loss of personal effects destruction to plaintiff property in the amount of $100.000.00

B. Compensatory damages in the amount of $70.000.00

C. Punitive damages in the amount of $180.000.00

D. And any other relief this court finds just and proper

E. trial by jury on all issues triable

## COUNT II1

## TRESPASS TO CHATTELS

## CHF, P&B, ROBERT KLIEN AND SAFEGUARD

111.Plaintiff re alleges and incorporate paragraphs 1- 110 as paragraphs 111, the same as if fully set forth herein. Plaintiff incorporate herein all exhibits a as it is in plaintiff amended complaints Docket Number 50.

112. Each defendant is jointly and severally liable for the acts of its co-conspirators.

113.Plaintiff did not authorize or otherwise consent to Defendants' forcibly entering his property, dispossessing him, destroying his property and unit 1 or carrying away the personal property of her tenant.

114.The Defendants' actions against plaintiff of changing the locks, forcibly entering her property, destruction to her property and carrying away her tenant's personal property, were done with the intent to deprive and interfere with plaintiff's substantial right to possession and use of her home.

115. **Although the defendants'** were aware or at least became aware that their actions were illegal, none of the Defendants' offered to return, replace or otherwise make Plaintiff whole compensation to the damages sustained as a result of their actions.

116. Defendants' with direct and indirect approval among one another should have known that their activities to deprive plaintiff of her personal and residential property was the direct and proximate cause of plaintiff's damages.

117. Defendants' actions against plaintiff of forcibly entry, boarding up the property, changing locks, destruction to property and removal of tenant's personal property, were done solely with the intent to deprive and interfere with plaintiff substantial rights to possession and use of his property.

118. As a result, Plaintiff was damaged by the willful actions of the defendants'

WHEREFORE, Plaintiff, demands judgment against each and every Defendant, for compensatory and any other amount as shall represent fair and just compensation

.

## COUNT IV
## CONVERSION
### CHF DEFENDANTS, P&B, AND SAFEGUARD

119. Plaintiff restates and re-alleges paragraph 1 –118, as paragraph 119, the same as if fully set forth herein.

120. All Defendants 'assumed control of plaintiff's property, plaintiff tenant's personal belongings and converted the same to their own use.

24

121. Plaintiff's right to the said personal properties is absolute and unconditional and no one else had any legal right to the property.

122. The entire Defendants' assumption of control of plaintiff's property was wrong, illegal, unlawful and unconstitutional without due consent of plaintiff.

123. Defendants' with direct and indirect approval among one another should have known that their activities to deprive plaintiff of her personal and residential property was the direct and proximate cause of plaintiff's damages.

124. Defendants' actions against plaintiff of forcibly entry, changing locks, destruction to unit and removal of personal property, were done solely with the intent to deprive and interfere with plaintiff substantial rights to possession and use of her property.

125. As a result of this conversion, Plaintiff has been damaged and deprived of all her property.

126. Plaintiff personal Property was destroyed, damaged (resulting to damage in unit 1), plaintiff tenant's personal belongings were removed which placed much burden upon plaintiff. According to plaintiff tenant his valuables including 2 un-published books were removed by defendants among other valuables. . These un-published books and other valuables stolen by all defendants were never returned back.

127. The damages done to plaintiff unit and that of unit 1 were never repaired or compensation awarded to plaintiff as promised by defendants. The cost of repair of all damaged items by defendants and lost of plaintiff tenant's valuables from plaintiff's property by Defendants' has long lasting devastating effects on plaintiff's life.

WHEREFORE, plaintiff being damaged in her person, destruction of her unit and damage to her personal property by all defendants, demand judgment against each and every defendant, for compensatory and any other amount as shall represent fair and just compensation.

## COUNT V
## <u>INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS</u>
## CHF DEFENDANTS, P&B, AND SAFEGUARD

128. Plaintiff restates and re-alleges paragraph 1 – 127, as paragraph 128, the same as if fully set forth herein.

129. The Defendants' in this action are experienced in the business of Mortgage foreclosure and illegal evictions.

130. Plaintiff was informed after their acts through communication with Defendants' and or its agents or others otherwise acting on Defendants' behalf that Defendants' knew that Plaintiff is vulnerable and that plaintiff tenant has 5 Children ages 3-14 has been displaced illegally, they knew or should have known that plaintiff was especially vulnerable and susceptible to defendants' actions.

131. Defendant's had full knowledge of their lack of legal justification regarding the illegal eviction on plaintiff property.

132. Defendants are quite aware that their action against plaintiffs was too extreme and outrageous, causing plaintiff severe emotional distress and sleepless night of how to get around having lost her home to criminals by the Bank and its conspirators.

133. It is outrageous for a Bank like Chase Bank to illegally issue false eviction notice to intimidate and harass plaintiff. It is also illegal and unlawful to illegally intimidate residents to gain access into their own home, All defendants conspired and acted with force plaintiff and evict plaintiff without any due process of the law.

134. Defendant's conduct as described above was done with the intention to cause emotional distress to plaintiff or was done recklessly in deliberate disregard of a high degree of probability that emotional distress would result from said actions. The defendant's action was done solely to inflict emotional distress to plaintiffs which they have succeeded in doing,

135. As a result of all defendant's conduct, plaintiff suffered actual damages :

136. Plaintiffs suffered extreme distress because he was embarrassed and humiliated by the Defendants actions.

137. Plaintiff constantly cries, and unable to relax and continues to have difficulty sleeping, as a result plaintiff high blood pressure was constantly high. A treat to his life because plaintiff has lost all his personal property being damaged by the illegal acts of all defendants.

138. Plaintiff due to high stress level was unable to concentrate, because she has to relocate her tenant first, repair all the damages caused to her home after regaining it back from the Unlawful detainer The bank, repair all the damages caused by their actions to other unit of the same condominium which was as a result of their actions.

139. Plaintiff is undergoing this severe stress as a result of the outrageous act of all the defendants .it is clear now that because of the defendants act, the lease contract between plaintiff and her tenant which was lease with option to buy was bridged and both lost income and suffered a lot.

140. Plaintiff loss of usage of her home has cost plaintiff more money to offer shelter to her tenant who was displaced , locked out of his residence, who lost almost all of his personal property.

141. Defendants' extreme and outrageous conduct as described above was the actual and proximate cause of plaintiff's emotional distress.

27

142. Defendants' had full knowledge of their lack of legal justification regarding its objective concerning illegally evicting plaintiff, her tenant from her property.

143. Defendants' intended to cause and succeeded in causing plaintiff severe emotional distress. Defendants' actions forced plaintiff to breach her contract with her tenant and forced plaintiff tenant out of his unit to live on the streets and become homeless for several days.

144. Despite Plaintiff continual pleas through telephone calls and letter communications to defendants, manifesting to them that they have no right to invade her property, evict her tenant and for safe return of all the personal properties removed from her property during the defendants illegal actions. Defendants' refused to grant plaintiff's tenant access to his personal properties removed from plaintiff's property unlawfully.

145. Defendants' conducts as described above was done with the intension to cause severe emotional distress to plaintiff and his family and was done recklessly in deliberate disregard of a high degree of probability that emotional distress would result from said actions.

146. Defendants' acting individually and severally, willfully and wantonly, and with intent and neglect regard to do so, inflicted severe emotional distress on plaintiff in violation of peace and enjoyment of residence under state and federal law.

147. Plaintiff had little or no power because of his vulnerability to change the course of Defendants' actions.

148. As a result of Defendants' Conduct Plaintiff suffered actual damages due to the and extreme emotional distress experienced in the following ways:

    a. Plaintiff was faced with the cost of repair of all damages to her unit and to unit 1.

b.  Her property locks were changed, her tenant locked out of his home, which forced him out into the streets with no water for baths, food, or clothing for several days.

c.  Plaintiff was very concerned, distressed and worried about where she will secure the capital to carry out all the repairs and to compensate plaintiff tenant for lost of his personal belongings to defendants and also was concerned for the possibility of shelter for her tenant who has been displaced by the act of these defendants.

d.  Plaintiff was terrified that she would have to continue to assist her tenant until situation becomes normal.

e.  Plaintiff suffered extreme distress because he was embarrassed and humiliated by the fact that her home was illegally taken away from her and forced plaintiff tenant not to have a home to go to and was forced to later live apart from his Children; and family.

She constantly cries, unable to relax, and had and continues to have difficulty sleeping.

149. All Defendants' especially P&B extreme and outrageous conduct as described above was the actual and proximate cause of Plaintiff's emotional distress; as a result plaintiff suffered actual damages, being injured in her person and destruction to her property and the loss of her tenant's personal property.

WHEREFORE, plaintiff being damaged in her person, destruction to her property and loss of her personal property, demands judgment against each and every defendant, for compensatory and any other amount as shall represent fair and just compensation.

29

## COUNT VI

### State Law – Respondent Superior
### CHF DEFENDANTS, ROBERT KLIEN, P&B AND SAFEGUARD

150. All of Paragraphs in this Complaint are incorporated by reference as though fully set forth herein.

151. In committing the acts alleged in the preceding paragraphs, the defendants were members and/or agents of the bank acting at all relevant times with the scope of their employment.

152. Chase Defendant is vicariously liable for Robert Klein, P&B and Safeguard's misconduct by issuing forcibly evicting plaintiff without due process of the law, knowing fully that it will cause plaintiff severe hardship and emotional distress.

153. Plaintiffs have also in their count I, II , III  and IV made it clear that defendants action was outrageous and unlawful and that defendants  Robert Klein, P&B and Safeguard's deliberate act was intended solely to evict plaintiff which in turn caused severe economic stress to plaintiffs by their outrageous action.

154. CHF is liable as principal for all torts committed by its agents Robert Klein, P&B and Safeguard, CHF is solely responsible for the outrageous act of Robert Klein, P&B and Safeguard for evicting plaintiff.

WHEREFORE the plaintiffs, request that the Court enter judgment in favor of Plaintiffs and against all defendant an amount to be determined by the jury upon trail of this case, and award Plaintiffs attorney's fees and cost.


## COUNT VII
### PUNITIVE DAMAGES
### CHF DEFENDANTS, ROBERT KLIEN, P&B AND SAFEGUARD.

155. Plaintiff restates and re-alleges paragraph 1-154 as paragraph 155 the same as if fully set fort herein.

156. Defendants' with direct and indirect approval among one another should have known that their activities to deprive plaintiff of her personal and residential property was the direct and proximate cause of plaintiff's damages.

157. Defendants' actions were willful, malicious, wanton and in reckless disregard for plaintiff and her family.

158. Plaintiff did not authorize or otherwise consented to Defendants' forcibly entry into her property, changing locks, boarding up and carry away all plaintiffs' tenant personal properties.

159. **The defendants' knew or should have known that they never had a Court Order to forcibly dispossess Plaintiff and his family, and that they were violating plaintiff's due process right.**

160. Defendants' actions against plaintiff of forcibly entry, boarding up the property, changing locks, destruction of plaintiff property and removal of plaintiff tenants' personal property, were done solely with the intent to deprive and interfere with plaintiff substantial rights to possession and use of her property.

161. Defendants' negligent and intentional conduct against plaintiff resulted in an intrusion on plaintiff's interest in exclusive possession and causing direct injury to plaintiff. As a result of defendants' action, plaintiff was damaged and her tenant was homeless for some time living on the street and eventually lost his Job.

162. Plaintiff was depressed while trying to look for solutions towards the confusion created by defendants.

163. As a result of Defendants' actions, Plaintiff was damaged.

164. Defendants' actions were willful, malicious and in reckless disregard for plaintiff and family (poor African-American –Minority group)

was committed with fraud and actual malice of intension to illegally evict plaintiff and steals his property.

166.Here, Defendants' has acted willfully, with such a gross negligence which indicates a wanton disregard of the rights of the plaintiff.

167.There is a strong public policy for punishing and sending a message to Defendants' That no one is above the law, and that every U.S. Citizen and resident alike is to be treated with common decency and respect and guaranteed equal protection and due process under the United States Constitution.

168. If all the defendants are not held accountable and assessed punitive damages, they will continue such deceptive and unfair business practices and continually destroy families and lives.

169.     Moreover this type of intentional disregard for the law and order could unnecessarily result in someone being severely injured or even cause death.


WHEREFORE, plaintiff demands judgment against defendants' for punitive damages and any other amount as shall represent fair and just compensation.


## COUNT VIII

### VIOLATION OF FAIR DEBT COLLECTION PRACTICE ACT("ACT") CHF DEFENDANTS, SAFEGUARD, ROBERT KLEIN AND P&B

170.     Plaintiff restates and re-alleges paragraph 1 – 169 as paragraph 170 the same as if fully set forth herein.

171.     CHF defendants and Safeguard are debt collectors and has attempted illegal to collect debt from consumer (plaintiff) on plaintiff property without validation of debt

32

and clarification with answers to plaintiff QWR sent to defendant CHF for verification and validation of debt..

172.     The Defendants' each directly or indirectly contacted or engaged in actions against plaintiff to attempt or assist in the collection of alleged debt.

173.     Ignoring plaintiff QWR was a violation of the administrative procedure act, the bank unable to verify and validate the alleged debt shows that plaintiff was not owning any debt .

174.     The defendants' engaged in actions prohibited by the ACT, i.e., made false and misleading representations ,harassed, oppressed, abused, and engaged in unfair debt practices.

175.     Defendants' as a debt collectors used unfair  and unconscionable means to collect debt by evicting plaintiff illegally, depriving plaintiff right to her property and personal effects after conspiring with other defendants and took possession of plaintiffs' property and private personal belongings.

176.     Defendants' on judicial action to effect dispossession  of plaintiff property is unconstitutional and a violation of the FDCPA 15 U.S.C. Section 1962 (e)

177.     Defendants' knew that they have no legal right to possession of property claimed as collateral through an enforceable security interest without due process of the Law.

178.     All defendants mentioned herein above has no right to possess plaintiff property at any given time. The property was never foreclosed and that no court order was ever issued for possession to defendants.

33

179.     While engaged in the above stated activities in paragraphs 1- 178,

defendants individually and severally violated provisions of Illinois Consumer Fraud and

deceptive Practices Act (a) 815 ILCS 505 et .seq. and 15 U.S.C. section 1962.

WHEREFORE, Plaintiff being duly damaged in her person and loss of personal property,

request and demands judgment against defendants and an order for payment of actual

damages, litigation cost and other relief this court and jury may deem proper.

## COUNT IX
## CIVIL  CONSPIRACY
## P&B, ROBERT KLEIN,CHF DEFENDANTS AND SAFEGUARD PROPERTIES, LLC.

180.     Plaintiff restates and re-alleges paragraph 1-179as paragraph 180, the same

as if fully set forth herein.

181.     CHF defendants, P&B, Robert Klein and Safeguard, each engaged in a

communication with at least one of the other Defendants (or their agents) in this action to

participate in either an unlawful act (entering and illegally destroying plaintiff property

and  taking away plaintiff's personal property) or in the alternative a lawful act in an

unlawful manner.

182.     Plaintiff was injured by this unlawful, overt act performed by at least one of

the parties to this conspiracy.

183.     The overt (entering and taking plaintiff's personal property, destroying

plaintiff property) was done pursuant to and in furtherance to the common scheme, i.e. to

illegally and forcibly remove Plaintiff from her home.

184.     Defendants' knowing fully that they have no legal right to possession,

conspired among each other to unlawfully, through illegal and unlawful means evict

plaintiff from her property and removed  all plaintiff tenant's  personal belongings.

185.     All defendants' conspired with one another in a concerted effort to violate state laws, prohibiting trespass, trespass to chattels, conversion.

**186.**     Defendants' with direct and indirect approval among one another should have known that their activities to deprive plaintiff of her personal property was the direct and proximate cause of plaintiff's damages.

**187.**     Plaintiff did not authorize or otherwise consented to Defendants' forcibly entry into her property, changing locks, boarded up, destroy the unit and unit 1 and carry away all plaintiff tenants' personal properties.

**188.**     As a result of Defendants' actions, Plaintiff was damaged.

WHEREFORE, Plaintiff being damaged in her person and unduly influenced in the loss of her home/property and personal effects, request and demands judgment against the defendants' an order for compensatory and punitive damages, including attorneys fees and such other relief the Court deems just and proper.

## COUNT X

### CIVIL RIGHTS VIOLATIONS
### VIOLATION AND CONSPIRACY TO DEPRIVE PLAINTIFF OF CIVIL RIGHTS PURSUANT TO 42 U.S.C. Section 1983, 1985 AND 18 U.S.C. 241

**P&B, CHF DEFENDANTS AND SAFEGUARD PROPERTIES, LLC.**

189.     Plaintiff restates and re-alleges paragraph 1 –188, as paragraph 189 the same as if fully set forth herein.

190.     CHF, P&B and Safeguard conspired with one or more of the defendants' in this action to oppress, threaten, intimidate and deprive the plaintiff of property without due process.

191.     Safeguard Conspired with one or more of the defendants' in this action to oppress, threaten, intimidate or deprive the plaintiff of property without due process.

192.     CHF conspired with one or more of the defendants' for the purpose of depriving, either directly or indirectly, plaintiff of the equal protection of the laws, or of the equal privileges and immunities under the laws, or for the purpose of preventing or hindering the constituted authorities of the state of Illinois from giving or securing plaintiff the equal protection of the laws.

193.     Safeguard conspired with one or more of the defendants' for the purpose of depriving, either directly or indirectly, plaintiff of the equal protection of the laws, or of the equal privileges and immunities under the laws, or for the purpose of preventing or hindering the constituted authorities of the state of Illinois from giving or securing plaintiff the equal protection of the laws.

194.     Defendants' through its representatives or agents or sub-contractors under the color of state law conspired to illegally evict plaintiff knowing fully that he is vulnerable being a poor black African immigrant, from the minority group, knowing fully that they have no legal right to possession still evict plaintiff , destroyed her unit, caused damaged to unit 1 and removed plaintiff tenant's personal properties.

195.     Defendants' actions were motivated by racial, greed and base on color nationality of plaintiff. If plaintiff was a white-American, such humiliating, anguish and intimidation action against plaintiff could not have happened.

196.     The defendants' could be considered state actors because they have assumed the duties of a governmental entity.

197.     The defendants' could be considered state actors for purpose of Section 1983.

**198.**     The defendants used a government agency to carryout the taking of plaintiff's property.

36

199.     As a result of defendants' extreme and outrageous conduct, Plaintiff was injured, deprived of property and other rights and privileges as a legal resident of the United States of America.

WHEREFORE, Plaintiff demands judgment against each and every defendant, and an order for payment of compensatory and punitive damages, including attorneys fees, litigation cost, production cost and such other relief the court deems just and proper

## COUNT XI
## VIOLATION OF 42 U.S.C. Sections 1985

## CHF DEFENDANTS, ROBERT KLEIN, P&B AND SAFEGUARD PROPERTIES, LLC.

200.     Plaintiff restates and re-alleges paragraph 1-199 as paragraph 200, the same as if fully set forth herein

201.     The defendants' did not follow proper procedures to evict plaintiff and targeted Individuals within Plaintiff's community, which is a predominantly African American Community.

202.     Plaintiff states and affirmed that Defendants' would have followed proper procedure if plaintiff was not an immigrant and a black woman.

203.     The actions of Defendants' of communicating and conspiring with each order to deprive plaintiff of her property, without due process, was done with the intent to take plaintiff's property because she is poor and an African immigrant.

204.     The defendants' have used the same discriminatory actions against other African American, poor individuals, in other predominately African American Communities.

205.        For example, Plaintiff states that the following cases demonstrate the

defendants pattern of discriminatory actions against African American, poor individuals

in predominately African American Communities.

a. case No. 10-L-004582 -  Defendants Chase Home Finance LLC

b. Case No. 10-Ch-05388 - Defendants Chase Home Finance LLC.

c. Case No. 09-ch-27090 - Defendants Chase Home Finance LLC.

d. Case No. 03-L- 011263 –Defendants Safeguard properties Inc.


206.        Defendants acting individually and severally, with direct and indirect approval

among one another, knew of or should have known that their activities to deprive

plaintiff of his personal and residential property was the direct and proximate cause of

plaintiff's damages

207.        The operations that the  defendants engaged in is prohibited under the

Racketeering And influenced  Corrupt Organization Act (RICO) as Follows;

    i.    Knew  they  obstructed plaintiff lawful access and right to her

        property and residence.

    ii.    Knew they engaged in monetary transactions over property derived from

        their unlawful activities.

(II)    The defendants' could be considered state actors because they have

    assumed the duties of a governmental entity.

(III)    The defendants' could be considered state actors for purposes of section

    1983.

(IV)    The defendants used a government agency to carryout the taken of plaintiff

    property and personal belongings.

WHEREFORE, Plaintiff being damaged in her person and duly influenced in the loss of her property and personal effects and that of her tenant, request Judgment and relief as the court may decide.

## COUNT XII
## UNFAIR AND DECEPTIVE BUSINESS PRACTICES
## CHF DEFENDANTS, P&B, ROBERT KLEIN AND SAFEGUARD

208. Plaintiff restates and re-alleges paragraphs 1-207, as paragraph 208, the same as if fully set forth herein

209. Each of the defendants' engaged in or assisted in the unfair and deceptive practices complained of by plaintiff.

210. Plaintiff reasonably relied on Defendants' promises to act in good faith and legally.

211. The Defendants actions were willful, malicious, in bad-faith, and in reckless and disregard of the rights, health, and safety of Plaintiff, plaintiff tenant and little kids.

212. Plaintiff charges Defendants' with participating in a pattern of unfair and deceptive business acts or practices whereby the Defendants' repeatedly engage in the following actions:

    (a) Lend Money to individuals in Targeted communities under predatory terms;

    (b) Assign the Loans to various Known predatory Loan servicers;

    (c ) Send via U.S. mail deceptive correspondence to borrowers known to be untrue;

    (d) Engage various unscrupulous agents to illegally dispossess borrowers from their

        homes, and steal their personal property; and Then the proceeds from the said

racketeering activity are re-invested to continue and insure the future and wide spread interstate effect of said activity.

213. As a result, plaintiff suffered actual damages and loss.

39

WHEREFORE, Plaintiff demands judgment against each and every defendant, and for compensatory, punitive, and such other relief as shall represent fair and just compensation.

## COUNT XIII
## NEGLIGENCE
## CHF, P&B, ROBERT KLEIN AND SAFEGUARD

214. Plaintiff restates and re-alleges paragraph 1- 213, as paragraph 214, the same as if fully set forth herein.

215. Each and every Defendant owed a duty to obey the laws of the state of Illinois and the federal.

216.   Each and every defendant was negligent in one or more of the following:

(a) Carelessly and negligently failing to notify its agents or others acting on its behalf that there was no Court Order granting Possession of Plaintiff's home prior to the subsequent authorization to change locks, winterize etc, or

(b) Carelessly and negligently failing to prevent its agents or others acting on its behalf from trespassing and carrying away Plaintiff's personal property; or

(c ) Carelessly and Negligently locking plaintiff , plaintiff tenant and his family out of their home for some days.

(d) Carelessly and negligently failing to do a reasonable inquire to determine the validity of any alleged authority or order to enter and deposes Plaintiff or was otherwise negligent.

217.   As a proximate and actual result of one or more of the following negligent acts or omissions, plaintiff was injured- Her property was illegally taken away from her

40

and her tenant and family were wrongfully thrown out into the streets, locked out of

their home, deprived of personal property, suffered lost earnings, and has and will

in the future incur costs and other expenses to restore both the damages done to her

property and for damages done to unit 1 which was as a result of the spill of water

by defendants in unit 2 that penetrated into unit 1.

WHEREFORE, Plaintiff demands judgment against each and every Defendant, for

compensatory and other just and proper relief'

Respectfully submitted by

Alex Ogoke

Attorney for Lilian Allen

August 29th, 2011

Allex Ogoke
Cardinal Legal Group
100 W Monroe Street
Suite 711
Chicago IL. 60603

312-719-1954

41

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| LILIAN ALLEN | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| | ) | Case N0. 10-CV-8270 |
| | ) | |
| CHASE HOME FINANCE LLC, | ) | Judge Kendall |
| JPMC SPECIALTY MORTGAGE LLC, | ) | |
| JPMORGAN CHASE BANK, N.A. | ) | |
| SAFEGUARD PROPERTIES, LLC | ) | |
| P&B ALL-STAR CONSTRUCTION AND | ) | |
| ROBERT KLIEN | ) | |
| Defendants | ) | |

## VERIFICATION BY CERTIFICATION

Lilian Allen, States that under penalties as provided by law pursuant to Section 1-109 of the code
of civil procedure, the undersigned certifies that the statements set forth in this instrument are true
and correct, except as to matters therein stated to be on information and belief and as to such
matters the undersigned certifies as aforesaid that she verily believes same to be true.

Lilian Allen
Plaintiff

# EXHIBITS

 **ATTENTION!**

- Please leave breakers in their current position except for items winterized. Make sure those breakers are in the "Off" position.
- Do not turn on water without completing a walk-through inspection
- Do not connect electricity or gas to the hot water tank
- Do not use the sinks or toilets

☐ On 2 /22/10 this property was noted to have a citation/violation posted.

If the property is no longer secure or to report a problem, contact:

feguard Properties at **216-447-8211**

ase have the property address, city/state, and zip code information ready

SFI-010/09-09

---

**WINTERIZED**

BY P&B ALLSTARS   2/22/10

       NAME          DATE

WARNING: A winterization was performed at this property pursuant to a work order issued by your mortgage company. The sole purpose of a winterization is to prevent damage from freezing pipes. The winterization completed at this property was a system shut-down only; the plumbing system was not tested for damage or leaks. This procedure is not a guaranty or warranty of any kind with respect to the HVAC, plumbing, or any other mechanical systems at this property. The plumbing system should be dewinterized by a licensed contractor or plumber before the water is turned back on, to assure that the system is operational.

SAFEGUARD PROPERTIES WINTERIZATION TAG   SFI-012/03-09

---

**WINTERIZED**

BY P&B AllStars   2/22/10

       NAME          DATE

WARNING: A winterization was performed at this property pursuant to a work order issued by your mortgage company. The sole purpose of a winterization is to prevent damage from freezing pipes. The winterization completed at this property was a system shut-down only; the plumbing system was not tested for damage or leaks. This procedure is not a guaranty or warranty of any kind with respect to the HVAC, plumbing, or any other mechanical systems at this property. The plumbing system should be dewinterized by a licensed contractor or plumber before the water is turned back on, to assure that the system is operational.

SAFEGUARD PROPERTIES WINTERIZATION TAG   SFI-012/03-09

---

**WINTERIZED**

BY P&B ALLSTARS   2/22/10

       NAME          DATE

WARNING: A winterization was performed at this property pursuant to a work order issued by your mortgage company. The sole purpose of a winterization is to prevent damage from freezing pipes. The winterization completed at this property was a system shut-down only; the plumbing system was not tested for damage or leaks. This procedure is not a guaranty or warranty of any kind with respect to the HVAC, plumbing, or any other mechanical systems at this property. The plumbing system should be dewinterized by a licensed contractor or plumber before the water is turned back on, to assure that the system is operational.

SAFEGUARD PROPERTIES WINTERIZATION TAG   SFI-012/03-09

---

**WINTERIZED**

BY P&B ALLSTARS   2/22/10

       NAME          DATE

WARNING: A winterization was performed at this property pursuant to a work order issued by your mortgage company. The sole purpose of a winterization is to prevent damage from freezing pipes. The winterization completed at this property was a system shut-down only; the plumbing system was not tested for damage or leaks. This procedure is not a guaranty or warranty of any kind with respect to the HVAC, plumbing, or any other mechanical systems at this property. The plumbing system should be dewinterized by a licensed contractor or plumber before the water is turned back on, to assure that the system is operational.

SAFEGUARD PROPERTIES WINTERIZATION TAG   SFI-012/03-09



**Safeguard**
PROPERTIES

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

## Work Order Update

| | | |
|---|---|---|
| **Reference #:** 7772394 | **Address:** | 1407 E 71ST PL UNIT 2 |
| **Loan Type:** CV | | CHICAGO, IL 60619 |
| **Sent Date:** 05/10/2010 | | |

WORK ORDERED: CONTACT ATTEMPT
ORDERED BY: 00000

INSPECTION DATE: 05/10/10
INSPECTION COMPLETED BY: bobby jones  773-699-0854
OCCUPANCY: OCCUPIED
MEANS: PERSONALS VISIBLE

EXTERIOR CONDITION: GOOD - NO DAMAGES VISIBLE
AREA: STABLE
VALUE: $90,000
NO FOR SALE SIGN POSTED.
TYPE: ONE FAMILY BROWN BRICK CONDO/TOWNHOUSE
BUILDING IS ATTACHED
Garage: NO GARAGE

Utility Information Is Listed In The Unit Detail

PLEASE NOTE:  PROPERTY IS SECURE
NO EXTERIOR BROKEN GLASS VISIBLE
DOORS OR WINDOWS BOARDED - NO

| | Unit 01 | |
|---|---|---|
| Occupancy | Occupied | |
| Electric On | Yes | |
| Gas On | Yes | |
| Water On | Yes | |

Unit 01:
THERE IS NO DEBRIS PRESENT
THERE ARE PERSONALS PRESENT

THERE IS NO GRASS

*** SEE BELOW FOR OPEN/ON HOLD ORDERS AND PENDING BIDS ***

*** OPEN MAINTENANCE ORDER PENDING AS NOTED BELOW ***

INTERVIEWEE WAS NOT AVAILABLE.
LEFT CARD ADVISING MORTGAGOR TO CONTACT YOU IMMEDIATELY.
PHOTOS TAKEN: 1

*** PROPERTY STATUS ***
Locked          : 02/22/10
Winterized      : 02/22/10
Gained Access   : 02/22/10

Hold 'LEGAL CLAIM CONTRACTOR ' Due: 02/26/10
Hold 'LITIGATION FILE      ' Due: 05/01/10

INVOICED TO DATE   : Inspections/Interviews    98.00
                     Property Preservation    260.00

Page 1 of 20

14 05 2010, 13:13:53 EST

CHF 0095



**Safeguard**
**PROPERTIES**

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

## Work Order Update

| Reference #: | 7772394 | Address: | 1407 E 71ST PL UNIT 2 |
|---|---|---|---|
| Loan Type: | CV | | CHICAGO, IL 60619 |
| Sent Date: | 05/10/2010 | | |

PHOTOS ARE AVAILABLE FOR VIEWING ON OUR WEB SITE.

14 05 2010, 13:13:53 EST

CHF 0096



**Safeguard**
P R O P E R T I E S

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

## Work Order Update

| Reference #:  7772394 | Address:  1407 E 71ST PL UNIT 2 |
|---|---|
| Loan Type:  CV | CHICAGO, IL 60619 |
| Sent Date:  04/06/2010 | |

WORK ORDERED: CONTACT ATTEMPT
ORDERED BY: 00000

INSPECTION COMPLETED BY: bobby jones  773-699-0854
WORK WAS NOT COMPLETED BECAUSE: GATED AREA
PHOTOS TAKEN: 1

*** PROPERTY STATUS ***
Locked          : 02/22/10
Winterized      : 02/22/10
Gained Access   : 02/22/10

Hold 'LEGAL CLAIM CONTRACTOR  ' Due: 02/26/10

INVOICED TO DATE      :Inspections/Interviews      84.00
            Property Preservation      260.00

COMMENTS: There is no guard on site. Inspector could not gain access
    to this secured area. There is no HOA information posted. In
    order to gain access a key is needed. Gated letter did not
    help gain access.

PHOTOS ARE AVAILABLE FOR VIEWING ON OUR WEB SITE.

14 05 2010, 13:13:53 EST

CHF 0097



**Safeguard**
PROPERTIES

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

## Work Order Update

| Reference #: 7772394 | Address: | 1407 E 71ST PL UNIT 2 |
|---|---|---|
| Loan Type: CV | | CHICAGO, IL 60619 |
| Sent Date: 03/11/2010 | | |

WORK ORDERED: INTERIOR DFI INSPECTION
ORDERED BY: 00000

INSPECTION DATE: 03/06/10
OCCUPANCY: OCCUPIED BY UNKNOWN PER: VISUAL

EXTERIOR CONDITION: GOOD - NO DAMAGES VISIBLE
AREA: STABLE
VALUE: $110,000
NO FOR SALE SIGN POSTED.
TYPE: ONE FAMILY BROWN BRICK CONDO/TOWNHOUSE
BUILDING IS ATTACHED
Garage: NO GARAGE

Utility Information Is Listed In The Unit Detail

PLEASE NOTE: PROPERTY IS SECURE
NO EXTERIOR BROKEN GLASS VISIBLE

|  | Unit 01 |  |
|---|---|---|
| Occupancy | Occupied | |
| Electric On | Yes | |
| Gas On | Yes | |
| Water On | Yes | |

Unit 01:
THERE IS NO DEBRIS PRESENT
THERE ARE PERSONALS PRESENT

THERE IS NO GRASS


*** SEE BELOW FOR OPEN/ON HOLD ORDERS AND PENDING BIDS ***

*** OPEN MAINTENANCE ORDER PENDING AS NOTED BELOW ***

INTERVIEWEE WAS NOT AVAILABLE.
PHOTOS TAKEN: 1

*** PROPERTY STATUS ***
Locked        : 02/22/10
Winterized    : 02/22/10
Gained Access : 02/22/10

Hold 'LEGAL CLAIM CONTRACTOR  ' Due: 02/26/10

INVOICED TO DATE    :Inspections/Interviews    70.00
            Property Preservation    260.00


PHOTOS ARE AVAILABLE FOR VIEWING ON OUR WEB SITE.

14 05 2010, 13:13:53 EST

CHF 0098



**Safeguard**
**PROPERTIES**

7687 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

## Work Order Update

| | | | |
|---|---|---|---|
| Reference #: | 7772394 | Addresss: | 1407 E 71ST PL UNIT 2 |
| Loan Type: | CV | | CHICAGO, IL 60619 |
| Sent Date: | 03/01/2010 | | |

TO: CHRIS COTTON        FAX
FROM: Nicole Cummings       UTIL TURN ON
EXT: 0
TITLE: P&P Specialist

Please be advised there is a discrepancy in the occupancy status.
We are in the process of rechecking and will advise as soon as
information becomes available.

Thank You.

14 05 2010, 13:13:53 EST

CHF 0099

 **Safeguard**
PROPERTIES

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

## Work Order Update

| Reference #: | 7772394 | Addresss: | 1407 E 71ST PL UNIT 2 |
|---|---|---|---|
| Loan Type: | CV | | CHICAGO, IL 60619 |
| Sent Date: | 03/01/2010 | | |

TO : CHRIS COTTON
FROM : Nicole Cummings          EXT :
TITLE : P&P Specialist
WORK ORDERED: UTIL TURN ON

Property Inspected on 02/25/10 and found to be occupied.
Occupancy verified by: Radio on, Upon arriving there was a radio
playing inside with the lights on. I knocked but no one would answer
the door. There was a dog inside as well, he barked when i knocked on
front and back door, there was a padlock on the front door but not
Safeguard.

Property stands alone.

No Work Performed.

Invoice to Follow.

If receiving this update by fax please access our website
at www.safeguardproperties.com

\*\*\* PROPERTY STATUS \*\*\*
Locked           : 02/22/10
Winterized       : 02/22/10
LockBox Installed : 02/22/10
Gained Access    : 02/22/10
Sump Pump Not Found  : 02/10/10   Sump Pump Not Found  : 02/22/10
Gain acess P/B    : 02/22/10   No Work - Occupied   : 02/25/10

INVOICED TO DATE    :Inspections/Interviews     70.00
                Property Preservation     225.00

14 05 2010, 13:13:53 EST

CHF 0100



**Safeguard**
PROPERTIES

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

## New Order

| | | | |
|---|---|---|---|
| Reference #: | 7772394 | Address: | 1407 E 71ST PL UNIT 2 |
| Loan Type: | CV | | CHICAGO, IL 60619 |
| Sent Date: | 02/26/2010 | | |

We have received a claim for
__ Missing personals
__ Property damage
__ Wrong address
__ Other_____.

Claimant is the
__ Mortgagor
__ Third party

The approximate value of the claim is $_____.

The Safeguard representatives have been notified and have 72 hours to respond.

We need you to provide the following information regarding the loan to assist us in our investigation:

1. Loan status
2. Bankruptcy. If yes, did Bankruptcy Dept approve the work orders?
3. Foreclosure sale date
4. Judicial or non-judicial foreclosure.
5. Sale confirmation/ratification date.
6. Deed in Lieu of Foreclosure. If yes, please provide a copy.
7. Was a cash for keys exercised? If yes, please forward the release agreement.
8. Redemption expiration date.
9. Name and contact information of foreclosure attorney.
10. Was an eviction proceeding instituted?
11. Name and contact information of the eviction attorney.

As soon as all information has been gathered, we will prepare an analysis and provide it to you to discuss with our client. At that time, we will determine the course of action to resolve this matter.

Thank you for your cooperation. Should you have any questions, please contact me.

14 05 2010, 13:13:53 EST

CHF 0101



**Safeguard**
PROPERTIES

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

## Work Order Update

| Reference #: 7772394 | Address: | 1407 E 71ST PL UNIT 2 |
|---|---|---|
| Loan Type: CV | | CHICAGO, IL 60619 |
| Sent Date: 02/24/2010 | | |

Folder: Correspondence
Loan Number: 0083733238
Document Type: BIDS

TO  : CHRIS COTTON
FROM  : Nicole Cummings    EXT: 0
TITLE : P&P Specialist
WORK ORDERED: DO WORK PER BID

Property inspected on 02/22/10 and found to be vacant and secure.

Property is Attached.

Please be advised this property is located in a High Vandalism Area.
High drug/gang activity

Property has been secured with the following:
Secured the Front Door with a 35241 Kwikset.
Installed a Lock Box - Combination (4625) on the Front Door.
Master Key placed in Lock Box.

Winterization: Winterized Dry Heat System
Status of utilities upon departure, meter readings and serial #:
Gas:     Off       No Meter        N/A
Electric: On       No Meter        N/A
Water:    Off       No Meter        N/A
Freeze Damage: None Visible.
Water not off at curb due to:
 City must complete
Does Property have a sump pump: NO
We are in the process of transferring the utilities and will advise
under separate cover.

Winterization Comments:
 Blowing Lines not completed: N/A-Shared water-condo unit
 Capping Water Line not completed: N/A
 Clean Toilets not completed: N/A
 Feed pipe was not disconnected and plugged: N/A
 Water Meter Disconnection not completed: N/A
 Zip tie not installed: N/A
 Toilet wrap was not installed: N/A
 Other wint tasks were not completed: N/A
 Shut Off Water Comments: N/A
 System not restarted: N/A
 System Inspection not completed: N/A
 Thawing property not completed: N/A
 Heat was not turned on: N/A

The following Work Per Bid was completed:
 : Gain acess

Damages:
None Visible.

General Comments:

14 05 2010, 13:13:53 EST

CHF 0102



**Safeguard**
PROPERTIES

7887 Safeguard Circle
Valley View, OH 44125

Toll Free: 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

## Work Order Update

| | |
|---|---|
| Reference #: 7772394 | Address: 1407 E 71ST PL UNIT 2 |
| Loan Type: CV | CHICAGO, IL 60619 |
| Sent Date: 02/24/2010 | |

Property in gated community/condo association.
Name of community: UNKNOWN
Garage Type: No Garage

Invoice to Follow.

If receiving this update by fax please access our website
at www.safeguardproperties.com

\*\*\* PROPERTY STATUS \*\*\*
FIRST KNOWN VACANCY  : 02/01/10   Sump Pump Not Found   : 02/22/10
Lock Changed        : 02/22/10   Lockbox Installed     : 02/22/10
Winterized - Dry System: 02/22/10   Gain acess P/B       : 02/22/10

14 05 2010, 13:13:53 EST

CHF 0103



**Safeguard**
PROPERTIES

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

## Work Order Update

| Reference #: | 7772394 | | Address: | 1407 E 71ST PL UNIT 2 |
| Loan Type: | CV | | | CHICAGO, IL 60619 |
| Sent Date: | 02/24/2010 | | | |

Fax To CHRIS COTTON
From Robin Rice          Work Ordered DO WORK PER BID
Title P&P Customer Service          Extension   1331

Mr Obby was given the code by Eric and he is now stating that there
was a bag in the closet that contained ,lap top, cam corder, sony
camera, cell phone (mogul 6700), xio television (7 in screen),
necklace (gold), he is stating that there were other items and that he
is unsure of.

14 05 2010, 13:13:53 EST

CHF 0104

Case: 1:10-cv-03154 Document #: 67-6 Filed: 09/16/10 Page 5 of 22 PageID #:515

 **Safeguard**
PROPERTIES

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

## Work Order Update

| | |
|---|---|
| **Reference #:** 7772394 | **Addresss:** 1407 E 71ST PL UNIT 2 |
| **Loan Type:** CV | CHICAGO, IL 60619 |
| **Sent Date:** 02/23/2010 | |

Fax To CHRIS COTTON
From India Latorre        Work Ordered DO WORK PER BID
Title Status Request Coordinator    Extension    0

Please be advised that the tenant by the name Mr. Obby called in
stating that Safeguard had no right to come to the property. He
advised me that this was a legal issue and inquired for the address of
Safeguard Properties. I gave it to him. I advised that he have the
owner of the property call the mortgage company, and he kept yelling
did I want to speak to the owner? I advised him that the owner of the
property will need to contact the mortgage company. He took my first
and last name stating that this is a legal issue.

**Thank you**

14 05 2010, 13:13:53 EST

CHF 0105

 **Safeguard**
PROPERTIES

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

## Work Order Update

| Reference #: | 7772394 | Address: | 1407 E 71ST PL UNIT 2 |
|---|---|---|---|
| Loan Type: | CV | | CHICAGO, IL 60619 |
| Sent Date: | 02/13/2010 | | |

Folder: Correspondence
Loan Number: 0083733238
Document Type: BIDS

TO  : CHRIS COTTON
FROM : Nicole Cummings  EXT: 0
TITLE : P&P Specialist
WORK ORDERED: Lock & Winterize

Property inspected on 02/10/10 and found to be vacant and secure.

Property is Attached.

Please be advised this property is located in a High Vandalism Area.
High drug/gang activity

Securing Comments:
Reason lock change not completed: No access to property
n/a

Utility Information:
Winterization: Not Applicable
Status of utilities upon departure, meter readings and serial #:
Gas:     Off      No Meter      N/A
Electric: Off     No Meter      N/A
Water:   Off      No Meter      N/A
Freeze Damage: None Visible.
Water not off at curb due to:
City must complete
Does Property have a sump pump: NO

Winterization Comments:
Reason wint not applicable: No access to property

Miscellaneous Bids:
Cut padlock off to gain access
Bid to: Gain acess .................................    $75.00

    Total of all Miscellaneous Bids................    $75.00

Damages:
None Visible.

Total of all Bids on the update......................    $75.00

Please Advise

General Comments:
Property in gated community/condo association.
Name of community: unknown
Garage Type: No Garage

Invoice to Follow.

If receiving this update by fax please access our website

14 05 2010, 13:13:53 EST

CHF 0106



**Safeguard**
**PROPERTIES**

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

## Work Order Update

| Reference #: | 7772394 | | Address: | 1407 E 71ST PL UNIT 2 |
|---|---|---|---|---|
| Loan Type: | CV | | | CHICAGO, IL 60619 |
| Sent Date: | 02/13/2010 | | | |

at www.safeguardproperties.com

\*\*\* PROPERTY STATUS \*\*\*
FIRST KNOWN VACANCY   : 02/01/10   Sump Pump Not Found   : 02/10/10

14 05 2010, 13:13:53 EST

CHF 0107

 **Safeguard**
PROPERTIES

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

## Work Order Update

| | |
|---|---|
| **Reference #:** 7772394 | **Address:** 1407 E 71ST PL UNIT 2 |
| **Loan Type:** CV | CHICAGO, IL 60619 |
| **Sent Date:** 02/02/2010 | |

WORK ORDERED: CONTACT ATTEMPT
ORDERED BY: 00000

INSPECTION DATE: 02/01/10
OCCUPANCY: VACANT PER: VISUAL

*** THIS IS A FIRST TIME VACANCY ***
EXTERIOR CONDITION: GOOD - NO DAMAGES VISIBLE
AREA: STABLE
VALUE: $110,000
NO FOR SALE SIGN POSTED.
TYPE: ONE FAMILY BROWN BRICK CONDO/TOWNHOUSE
BUILDING IS ATTACHED
Garage: NO GARAGE
Outbuilding IS Secure

Utility Information Is Listed In The Unit Detail

PLEASE NOTE: PROPERTY IS SECURE
NO EXTERIOR BROKEN GLASS VISIBLE
THERE ARE NO BROKEN DOORS OR WINDOWS

|                      | Unit 01 |
|----------------------|---------|
| Occupancy            | Vacant  |
| Electric On          | Yes     |
| Gas On               | No      |
| Water On             | No      |
| Maintenance Recomm   | Yes     |

Unit 01:
NO PERSONAL PROPERTY VISIBLE
Unit Maintenance Recommended: Change Locks, Winterize

THERE IS NO GRASS

*** SEE BELOW FOR OPEN/ON HOLD ORDERS AND PENDING BIDS ***

INTERVIEWEE WAS NOT AVAILABLE.
LEFT CARD ADVISING MORTGAGOR TO CONTACT YOU IMMEDIATELY.
PHOTOS TAKEN: 1

*** PROPERTY STATUS ***
| | | | |
|---|---|---|---|
| Locked | : N/A | Locked By Others | : N/A |
| Board/Secured | : N/A | Winterized | : N/A |
| Interior Cleared | : N/A | Exterior Cleared | : N/A |
| In Convey Condition | : N/A | Last Grass Cut | : N/A |
| Eviction | : N/A | Repair Work Done | : N/A |
| Open Bid To Clear | : N/A | Open Estimate To Repair: N/A | |
| Open Bid To Secure | : N/A | Open Bid To Cut Grass : N/A | |
| Appraisal On Property | : N/A | BPO On Property | : N/A |
| Title Search Done | : N/A | Insurance Loss Inspect: N/A | |

14 05 2010, 13:13:53 EST

CHF 0108



**Safeguard**
**PROPERTIES**

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

## Work Order Update

| | |
|---|---|
| Reference #:  7772394 | Address:  1407 E 71ST PL UNIT 2 |
| Loan Type:   CV | CHICAGO, IL 60619 |
| Sent Date:    02/02/2010 | |

| | | | |
|---|---|---|---|
| Padlock Installed | : N/A | Checked Winterization : N/A | |
| LockBox Installed | : N/A | Locked By Safeguard : N/A | |
| Wint No Longer Intact : N/A | | Installed Sump Pump : N/A | |
| Client Must Transfer U: N/A | | Removed Personals : N/A | |
| Treated/Cleaned Mold : N/A | | Patched Roof : N/A | |
| Trimmed Shrubs | : N/A | Installed Dehumidifier: N/A | |
| Removed Health Hazards: N/A | | Exterminated : N/A | |
| Tarped Roof | : N/A | Reglazed Windows : N/A | |

INVOICED TO DATE    :Inspections/Interviews    56.00

COMMENTS: Auto Securing - Will advise.

PHOTOS ARE AVAILABLE FOR VIEWING ON OUR WEB SITE.

14 05 2010, 13:13:53 EST

CHF 0109



**Safeguard**
PROPERTIES

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

# Work Order Update

| Reference #: 7772394 | Addresss: | 1407 E 71ST PL UNIT 2 |
| Loan Type: CV | | CHICAGO, IL 60619 |
| Sent Date: 10/25/2009 | | |

WORK ORDERED: CONTACT ATTEMPT
ORDERED BY: 00000

INSPECTION DATE: 10/24/09
OCCUPANCY: OCCUPIED BY UNKNOWN PER: VISUAL

EXTERIOR CONDITION: GOOD - NO DAMAGES VISIBLE
AREA: STABLE
VALUE: $80,000
NO FOR SALE SIGN POSTED.
TYPE: ONE FAMILY BROWN BRICK CONDO/TOWNHOUSE
BUILDING IS ATTACHED
Garage: NO GARAGE

Utility Information Is Listed In The Unit Detail

PLEASE NOTE: PROPERTY IS SECURE
NO EXTERIOR BROKEN GLASS VISIBLE

| | Unit 01 | |
| Occupancy | Occupied | |
| Electric On | Yes | |
| Gas On | Yes | |
| Water On | Yes | |

Unit 01:
THERE IS NO DEBRIS PRESENT
THERE ARE PERSONALS PRESENT

THERE IS NO GRASS

*** SEE BELOW FOR OPEN/ON HOLD ORDERS AND PENDING BIDS ***

*** NO MAINTENANCE RECOMMENDED AT THIS TIME ***

INTERVIEWEE WAS NOT AVAILABLE.
LEFT CARD ADVISING MORTGAGOR TO CONTACT YOU IMMEDIATELY.
PHOTOS TAKEN: 1

*** PROPERTY STATUS ***

| Locked | : N/A | Locked By Others | : N/A |
| Board/Secured | : N/A | Winterized | : N/A |
| Interior Cleared | : N/A | Exterior Cleared | : N/A |
| In Convey Condition | : N/A | Last Grass Cut | : N/A |
| Eviction | : N/A | Repair Work Done | : N/A |
| Open Bid To Clear | : N/A | Open Estimate To Repai: N/A |
| Open Bid To Secure | : N/A | Open Bid To Cut Grass : N/A |
| Appraisal On Property | : N/A | BPO On Property | : N/A |
| Title Search Done | : N/A | Insurance Loss Inspect: N/A |
| Padlock Installed | : N/A | Checked Winterization : N/A |
| LockBox Installed | : N/A | Locked By Safeguard | : N/A |
| Wint No Longer Intact | : N/A | Installed Sump Pump | : N/A |

14 05 2010, 13:13:53 EST

CHF 0110

 **Safeguard PROPERTIES**

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

## Work Order Update

| | |
|---|---|
| **Reference #:** 7772394 | **Addresss:** 1407 E 71ST PL UNIT 2 |
| **Loan Type:** CV | CHICAGO, IL 60619 |
| **Sent Date:** 10/25/2009 | |

Client Must Transfer U: N/A    Removed Personals : N/A
Treated/Cleaned Mold : N/A    Patched Roof    : N/A
Trimmed Shrubs    : N/A    Installed Dehumidifier: N/A
Removed Health Hazards: N/A    Exterminated    : N/A
Tarped Roof    : N/A    Reglazed Windows    : N/A

INVOICED TO DATE    :Inspections/Interviews    42.00

PHOTOS ARE AVAILABLE FOR VIEWING ON OUR WEB SITE.

14 05 2010, 13:13:53 EST

CHF 0111



**Safeguard**
PROPERTIES

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

## Work Order Update

| | | | |
|---|---|---|---|
| Reference #: | 7772394 | Address: | 1407 E 71ST PL UNIT 2 |
| Loan Type: | CV | | CHICAGO, IL 60619 |
| Sent Date: | 09/25/2009 | | |

WORK ORDERED: CONTACT ATTEMPT
ORDERED BY: 00000

INSPECTION DATE: 09/21/09
OCCUPANCY: OCCUPIED BY UNKNOWN PER: VISUAL

EXTERIOR CONDITION: GOOD
AREA: STABLE
VALUE: $90,000
NO FOR SALE SIGN POSTED.
TYPE: ONE FAMILY BROWN BRICK CONDO/TOWNHOUSE
BUILDING IS ATTACHED
Garage: NO GARAGE

Utility Information Is Listed In The Unit Detail

| | |
|---|---|
| Occupancy | Occupied |
| Electric On | Yes |
| Gas On | Yes |
| Water On | Yes |

THERE IS NO GRASS

*** SEE BELOW FOR OPEN/ON HOLD ORDERS AND PENDING BIDS ***

*** NO MAINTENANCE RECOMMENDED AT THIS TIME ***

INTERVIEWEE WAS NOT AVAILABLE.
LEFT CARD ADVISING MORTGAGOR TO CONTACT YOU IMMEDIATELY.
PHOTOS TAKEN: 1

INVOICED TO DATE :Inspections/Interviews 28.00

PHOTOS ARE AVAILABLE FOR VIEWING ON OUR WEB SITE.

14 05 2010, 13:13:53 EST

CHF 0112



**Safeguard**
**PROPERTIES**

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

# Work Order Update

| Reference #: | 7772394 | Address: | 1407 E 71ST PL UNIT 2 |
|---|---|---|---|
| Loan Type: | CV | | CHICAGO, IL 60619 |
| Sent Date: | 08/24/2009 | | |

WORK ORDERED: CONTACT ATTEMPT
ORDERED BY: 00000

INSPECTION DATE: 08/23/09
OCCUPANCY: OCCUPIED BY UNKNOWN PER: VISUAL

EXTERIOR CONDITION: GOOD
AREA: STABLE
VALUE: $110,000
NO FOR SALE SIGN POSTED.
TYPE: ONE FAMILY BROWN BRICK TWO STORY HOUSE
BUILDING IS ATTACHED
Garage: NO GARAGE

Utility Information Is Listed In The Unit Detail

```
             |        |
Occupancy    |Occupied|
Electric On   |Yes     |
Gas On        |Yes     |
Water On      |Yes     |
```

THERE IS NO GRASS

*** SEE BELOW FOR OPEN/ON HOLD ORDERS AND PENDING BIDS ***

*** NO MAINTENANCE RECOMMENDED AT THIS TIME ***

INTERVIEWEE WAS NOT AVAILABLE.
LEFT CARD ADVISING MORTGAGOR TO CONTACT YOU IMMEDIATELY.
PHOTOS TAKEN: 1

INVOICED TO DATE    :Inspections/Interviews    14.00

PHOTOS ARE AVAILABLE FOR VIEWING ON OUR WEB SITE.

14 05 2010, 13:13:53 EST

CHF 0113



**Safeguard**
PROPERTIES

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

## Work Order Update

| Reference #: | 7772394 | Address: | 1407 E 71ST PL UNIT 2 |
|---|---|---|---|
| Loan Type: | CV | | CHICAGO, IL 60619 |
| Sent Date: | 07/26/2009 | | |

WORK ORDERED: INITIAL CONTACT ATTEMPT
ORDERED BY: 00000

INSPECTION DATE: 07/26/09
OCCUPANCY: OCCUPIED BY UNKNOWN PER: VISUAL

EXTERIOR CONDITION: GOOD
AREA: STABLE
VALUE: $85,000
NO FOR SALE SIGN POSTED.
TYPE: ONE FAMILY BROWN BRICK CONDO/TOWNHOUSE
BUILDING IS ATTACHED
Garage: NO GARAGE

Utility Information Is Listed In The Unit Detail

| | |
|---|---|
| Occupancy | Occupied |
| Electric On | Yes |
| Gas On | Yes |
| Water On | Yes |

THERE IS NO GRASS

*** SEE BELOW FOR OPEN/ON HOLD ORDERS AND PENDING BIDS ***

*** NO MAINTENANCE RECOMMENDED AT THIS TIME ***

INTERVIEWEE WAS NOT AVAILABLE.
LEFT CARD ADVISING MORTGAGOR TO CONTACT YOU IMMEDIATELY.
PHOTOS TAKEN: 1

PHOTOS ARE AVAILABLE FOR VIEWING ON OUR WEB SITE.

14 05 2010, 13:13:53 EST

CHF 0114



**Safeguard PROPERTIES**

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

Loan Type: CV
Reference #: 7772394

Address: 1407 E 71ST PL UNIT 2
CHICAGO, IL 60619

Safeguard Properties Email Document Printer

Mailbox: Preservation

From:    CZCH2395 (SPI@SafeguardProperties.com)
To:      SMTP:pres.neworders@SafeguardProperties.com;
Subject: 0083733238: Place New Order

Date:    02/19/2010 02:09 PM
Attachments: None

Place New Order

This e-mail is confirmation that your order was placed. Safeguard Properties
will use this e-mail to trace and confirm your communication with Safeguard
Properties.

Field Name  Value
CLIENT      CHASE NON PRIME
LOANNO      33733238
LOAN_TYPE   CV
SALE_DATE
NAME        LILIAN A ALLEN
DEPT        Property Preservation
TEAM        Order Entry Team
MEMBER      2010001 :Preservation New Order Team
LOGINID     CZCH2395
ORDERED_BY_EXT    6042
ORDERED_BY_NAME   Chris Cotton
ORDERED_BY_EMAIL  christopher.x.cotton@chase.com
REQUESTED_BY_EXT
REQUESTED_BY_NAME
REQUESTED_BY_EMAIL
TITLE Non Prime Analyst
BILL_TO     ****
ORDERNO     New Order
MESSAGE     Complete the following bid:

Cut padlock off to gain access
Bid to: Gain acess ................................. $75.00

Thank You!

63260673N02

. 0083733238      CV   001

Description:
Order Number: 63260673
CompletedDate: 2/22/2010

14 05 2010, 13:13:47 EST

CHF 0121

 **Safeguard**
PROPERTIES

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

**Loan Type:** CV
**Reference #:** 7772394

**Address:** 1407 E 71ST PL UNIT 2
CHICAGO, IL 60619

Safeguard Properties Email Document Printer

Mailbox: Preservation

From:     ATAN9486 (SP10SafeguardProperties.com)
To:       SHPP:pres.neworders@SafeguardProperties.com;
Subject:  0083733238: Place New Order

Date:     02/05/2010 10:43 AM
Attachments: None

Place New Order

This e-mail is confirmation that your order was placed. Safeguard Properties
will use this e-mail to trace and confirm your communication with Safeguard
Properties.

| Field Name | Value |
|---|---|
| CLIENT | CHASE NON PRIME |
| LOANNO | 83733238 |
| LOAN_TYPE | CV |
| SALE_DATE | |
| NAME | LILLIAN A ALLEN |
| DEPT | Property Preservation |
| TEAM | Order Entry Team |
| MEMBER | 2D10001 :Preservation New Order Team , |
| LOGINID | ATAN9486 |
| ORDERED_BY EXT | COTT |
| ORDERED_BY NAME | CHRIS COTTON |
| ORDERED_BY EMAIL | subprime.pip@jpmchase.com |
| REQUESTED_BY EXT | 8034 |
| REQUESTED_BY NAME | Andrea Atkinson |
| REQUESTED_BY EMAIL | andrea.l.atkinson@chase.com |
| TITLE | Operations Specialist |
| BILL_TO | ASST - HAZARD CLAIMS ANALYST |
| ORDERNO | New Order |
| MESSAGE | please complete initial secure |



Description:
Order Number: 62451793
CompletedDate: 2/10/2010

14 05 2010, 13:13:47 EST
CHF 0122



# Safeguard
## PROPERTIES

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

**Loan Type:** CV
**Reference #:** 7772394

**Address:** 1407 E 71ST PL UNIT 2
CHICAGO, IL 60619



Description: Other Front of House
Order Number: 54466993
CompletedDate: 8/23/2009



Description: Other Front of House
Order Number: 56077616
CompletedDate: 9/21/2009



Description: Other Front of House
Order Number: 52923790
CompletedDate: 7/26/2009



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: After Photo - After Other Bid to:
Gain access
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Before Photo - Before Install
Knob Lock
Order Number: 63260673
CompletedDate: 2/22/2010



# Safeguard
## PROPERTIES

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

**Loan Type:** CV
**Reference #:** 7772394

**Address:** 1407 E 71ST PL UNIT 2
CHICAGO, IL 60619



Description: During Photo - During Install
Knob Lock
Order Number: 63260673
CompletedDate: 2/22/2010



Description: During Photo - During Install
Knob Lock
Order Number: 63260673
CompletedDate: 2/22/2010




Description: During Photo - During - Fill with
Antifreeze
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - Rear Of House
Order Number: 63260673
CompletedDate: 2/22/2010



Description: During Photo - During Other Bid
to Gain acess
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: During Photo - During - Fill with
Antifreeze
Order Number: 63260673
CompletedDate: 2/22/2010



Description: After Photo - After - Post
signs/stickers
Order Number: 63260673
CompletedDate: 2/22/2010



Description: During Photo - During - Fill with
Antifreeze
Order Number: 63260673
CompletedDate: 2/22/2010

　　　　　　　　CHF 0116



# Safeguard
## PROPERTIES

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

**Loan Type: CV**
**Reference #: 7772394**

**Address: 1407 E 71ST PL UNIT 2**
**CHICAGO, IL 60619**



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Other Photo - General Property
Condition
Order Number: 63260673
CompletedDate: 2/22/2010



Description: After Photo - After Install Knob
Lock
Order Number: 63260673
CompletedDate: 2/22/2010



Description: Before Photo - Before Install
Lock Box
Order Number: 63260673
CompletedDate: 2/22/2010



Description: During Photo - During - Drain
Hot Water Heater
Order Number: 63260673
CompletedDate: 2/22/2010



Description: During Photo - During - Fill with
Antifreeze
Order Number: 63260673
CompletedDate: 2/22/2010



Description: During Photo - During - Fill with
Antifreeze
Order Number: 63260673
CompletedDate: 2/22/2010



Description: During Photo - During - Fill with
Antifreeze
Order Number: 63260673
CompletedDate: 2/22/2010



Description: After Photo - After - Post
signs/stickers
Order Number: 63260673
CompletedDate: 2/22/2010



Description: After Photo - After - Post
signs/stickers
Order Number: 63260673
CompletedDate: 2/22/2010

CHF 0117



# Safeguard
## PROPERTIES

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

**Loan Type:** CV
**Reference #:** 7772394

**Address:** 1407 E 71ST PL UNIT 2
CHICAGO, IL 60619



Description: After Photo - After - Post signs/stickers
Order Number: 63260673
Completed Date: 2/22/2010



Description: After Photo - After Install Lock Box
Order Number: 63260673
Completed Date: 2/22/2010



Description: During Photo - During Install Lock Box
Order Number: 63260673
Completed Date: 2/22/2010



Description: After Photo - After Install Lock Box
Order Number: 63260673
Completed Date: 2/22/2010



Description: Other Photo - General Property Condition
Order Number: 63260673
Completed Date: 2/22/2010



Description: During Photo - During - Fill with Antifreeze
Order Number: 63260673
Completed Date: 2/22/2010



Description: Before Photo - Before Other Bid to: Gain access
Order Number: 63260673
Completed Date: 2/22/2010



Description: After Photo - After Other Bid to: Gain access
Order Number: 63260673
Completed Date: 2/22/2010



Description: Other Photo - General Property Condition
Order Number: 63260673
Completed Date: 2/22/2010



Description: Other Photo - General Property Condition
Order Number: 63260673
Completed Date: 2/22/2010



Description: After Photo - After - Post signs/stickers
Order Number: 63260673
Completed Date: 2/22/2010



Description: During Photo - During - Fill with Antifreeze
Order Number: 63260673
Completed Date: 2/22/2010



Description: After Photo - After - Post signs/stickers
Order Number: 63260673
Completed Date: 2/22/2010



Description: After Photo - After - Shut off circuit breakers
Order Number: 63260673
Completed Date: 2/22/2010



Description: Other Photo Front of House
Order Number: 57650861
Completed Date: 10/24/2009



Description: Other House d/Address Sign
Order Number: 62227477
Completed Date: 2/1/2010



**Safeguard PROPERTIES**

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

**Loan Type:** CV
**Reference #:** 7772394

**Address:** 1407 E 71ST PL UNIT 2
CHICAGO, IL 60619


Description: Other Side of House
Order Number: 62227477
Completed Date: 2/1/2010


Description: Other for rent
Order Number: 62227477
Completed Date: 2/1/2010


Description: Other Front of House
Order Number: 62227477
Completed Date: 2/1/2010


Description: Other Side of House
Order Number: 62227477
Completed Date: 2/1/2010


Description: Other Front of House
Order Number: 63551511
Completed Date: 3/6/2010


Description: Other Photo - Front Of House
Order Number: 63469787
Completed Date: 2/25/2010


Description: Other Photo - General Property Condition
Order Number: 63469787
Completed Date: 2/25/2010


Description: Other Photo - General Property Condition
Order Number: 63469787
Completed Date: 2/25/2010


Description: Other Photo - Side of House 2
Order Number: 63469787
Completed Date: 2/25/2010


Description: Other Photo - Side Of House 1
Order Number: 63469787
Completed Date: 2/25/2010


Description: Other Photo - Rear of House
Order Number: 63469787
Completed Date: 2/25/2010


Description: Other Photo - Front Of House
Order Number: 62451793
Completed Date: 2/10/2010


Description: Bid Photo - Bid
Order Number: 62451793
Completed Date: 2/10/2010


Description: Other Photo - General Property Condition
Order Number: 62451793
Completed Date: 2/10/2010


Description: Other Photo - Side Of House 2
Order Number: 62451793
Completed Date: 2/10/2010


Description: Other Photo - Rear Of House
Order Number: 62451793
Completed Date: 2/10/2010

CHF 0119



**Safeguard**
P R O P E R T I E S

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

**Loan Type:** CV
**Reference #:** 7772394

**Address:** 1407 E 71ST PL UNIT 2
CHICAGO, IL 60619



Description: Other Photo - General Property Condition
Order Number: 62451793
CompletedDate: 2/10/2010



Description: Other Photo - Side Of House 1
Order Number: 62451793
CompletedDate: 2/10/2010

Description: Other Photo - General Property Condition
Order Number: 62451793
CompletedDate: 2/10/2010



Description: Other Front of House
Order Number: 66127445
CompletedDate: 5/10/2010



Description: Other Front of House
Order Number: 64760794
CompletedDate: 4/5/2010



Description: Other gated
Order Number: 64760794
CompletedDate: 4/5/2010

 **Safeguard**
PROPERTIES

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

**Loan Type:** CV                    **Address:** 1407 E 71ST PL UNIT 2
**Reference #:** 7772394                        CHICAGO, IL 60619

Safeguard Properties Email Document Printer

Mailbox: Preservation

From:    CZCH2395 (SPI@SafeguardProperties.com)
To:      SMTP:pres.neworders@SafeguardProperties.com;
Subject: 0083733238: Place New Order

Date:    02/19/2010 02:09 PM
Attachments: None

Place New Order

This e-mail is confirmation that your order was placed. Safeguard Properties
will use this e-mail to trace and confirm your communication with Safeguard
Properties.

| Field Name | Value |
|---|---|
| CLIENT | CHASE NON PRIME |
| LOANNO | 93733238 |
| LOAN_TYPE | CV |
| SALE_DATE | |
| NAME | LILIAN A ALLEN |
| DEPT | Property Preservation |
| TEAM | Order Entry Team |
| MEMBER | 2010001 :Preservation New Order Team , |
| LOGINID | CZCH2395 |
| ORDERED_BY_EXT | 8042 |
| ORDERED_BY_NAME | Chris Cotton |
| ORDERED_BY_EMAIL | christopher.x.cotton@chase.com |
| REQUESTED_BY_EXT | |
| REQUESTED_BY_NAME | |
| REQUESTED_BY_EMAIL | |
| TITLE | Non Prime Analyst |
| BILL_TO | **** |
| ORDERNO | New Order |
| MESSAGE | Complete the following bid: |

B3260673N0Z
0083733238    CV    001

Cut padlock off to gain access
Bid to: Gain acces ................................. $75.00

Thank You!

Description:
Order Number: 63260673
CompletedDate: 2/22/2010

14 05 2010, 13:13:47 EST

CHF 0121